AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Joseph Lloyd Thompson, Ansumana Jammeh, Karen Lopez, Sarai Hernandez, Nilson Fernando Barahona Marriaga, Shelley Dingus, Jenner Benavides, David Fernandez, and Gerardo Arriaga <br><br> *Plaintiff(s)* <br><br> v. <br><br> John Tsoukaris, Matthew T. Albence, Chad Wolf, U.S. Immigration and Customs Enforcement, U.S. Attorney Byung J. Pak, U.S. Attorney General William Barr <br><br> *Defendant(s)* | Civil Action No. 1:20-CV-1449-SDG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chad Wolf, Acting Secretary of Department of Homeland Security, in official capacity
3801 Nebraska Avenue, NW
Washington, D.C. 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hillary Li
Phi Nguyen
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA
5680 Oakbrook Pkwy, Ste. 148
Norcross, GA 30093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 04/03/2020

s/Jordyn Dobbins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-1449-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset