UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH LLOYD THOMPSON, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> JOHN TSOUKARIS, *et al.*, <br><br> Respondents/Defendants. | Case No.: <br><br> **HEARING REQUESTED** |

**PETITIONERS-PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY WRIT
OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs-Petitioners Joseph Lloyd Thompson, Ansumana Jammeh, Karen Lopez, Sarai Hernandez, Nilson Fernando Barahona Marriaga, Shelley Dingus, Jenner Benavides, David Fernandez, Gerardo Arriaga, Aristoteles Sanchez Martinez, Michael Robinson, Tomas Hernandez, and Peter Owusu (collectively, "Petitioners") hereby submit this Motion for Temporary Restraining Order and emergency habeas relief. Petitioners are medically vulnerable people detained at three immigration detention centers in south Georgia and are at a high risk of both contracting COVID-19 and suffering severe negative health impacts, or even death, if they do. Because their continued detention poses a severe risk of serious illness or death that vastly

1

outweighs any legitimate government interest in continuing to detain them, their continued detention constitutes impermissible punishment. Because the government knows or should know of the substantial risk of serious harm to Petitioners, their continued detention also demonstrates deliberate indifference. For both reasons, the government's conduct violates the Petitioners' rights under the Fifth Amendment Due Process Clause. Accordingly, Petitioners move the Court to issue a Writ of Habeas Corpus or a temporary restraining order securing their release from detention.

The grounds for Petitioners' Motion are set forth in more detail in the accompanying Memorandum of Law in Support of their Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order.

Dated:  April 3, 2020                                                  Respectfully submitted,

SOUTHERN POVERTY LAW CENTER

By: /s/ Gracie Willis
Gracie Willis (GA Bar #851021)
Rebecca Cassler (GA Bar #487886)
Lorilei Williams*
150 E. Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
*Tel:* (404) 521-6700
*Fax:* (404) 221-5857
gracie.willis@splcenter.org
rebecca.cassler@splcenter.org

ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA

By:  /s/ Hillary Li
Hillary Li (GA Bar #898375)
Phi Nguyen (Ga Bar #578019)
5680 Oakbrook Pkwy, Ste. 148
Norcross, GA 30093
*Tel:* (404) 585-8466
*Fax:* (404) 890-5690
hli@advancingjustice-atlanta.org
pnguyen@advancingjustice-atlanta.org

| | |
|---|---|
| Paul Chavez*<br>Victoria Mesa-Estrada*<br>2 S. Biscayne Blvd., Ste. 3200<br>Miami, FL 33101<br>*Tel:* (786) 347-2056<br>paul.chavez@splcenter.org<br>victoria.mesa@splcenter.org<br><br>Melissa Crow*<br>1101 17th Street, NW, Ste. 705<br>Washington, DC 20036<br>*Tel:* (202) 355-4471<br>*Fax:* (404) 221-5857<br>melissa.crow@splcenter.org<br><br>*\*pro hac vice motions forthcoming* | KILPATRICK TOWNSEND & STOCKTON LLP<br><br>By:  /s/ Tamara Serwer Caldas<br>Tamara Serwer Caldas (GA Bar #617053)<br>Kathryn E. Isted (GA Bar #908030)<br>Amanda Brouillette (GA Bar #880528)<br>1100 Peachtree St., NE, Ste. 2800<br>Atlanta, GA 30309<br>*Tel:* (404) 815-6006<br>*Fax:* (404) 541-4754<br>tcaldas@kilpatricktownsend.com<br>kisted@kilpatricktownsend.com<br>abrouillette@kilpatricktownsend.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2020, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF Systems. Given the emergency nature of this action, and the fact that no appearances have yet been entered by Defendants in this case, I further certify that on April 3, 2020, I emailed copies of the pleadings to Lori Beranek of the United States Attorneys' Office for the Northern District of Georgia, at lori.beranek@usdoj.gov.

*/s/ Amanda N. Brouillette*
Amanda N. Brouillette

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

*/s/ Amanda N. Brouillette*
Amanda N. Brouillette