**EXHIBIT 2**

# DECLARATION OF DEREK CUMMINGS

I, Derek Cummings, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise.  If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a Professor of Biology at the University of Florida and at the Emerging Pathogens Institute. I am a specialist in infectious disease epidemiology. I specialize in influenza, dengue and other mosquito-borne pathogens, and other respiratory illnesses. Before the pandemic of COVID-19, I had worked on multiple aspects of coronaviruses including an outbreak investigation of the first major outbreak of MERS (genetically related to SARS and SARS-CoV-2) in a hospital setting (in Saudi Arabia), efforts to estimate the extent of outbreaks of MERS and work to estimate the natural history of SARS. I have also conducted a large, multisite study of personal protective equipment to protect health care personnel from respiratory viruses including coronaviruses. My work on coronaviruses has been published in the New England Journal of Medicine, the Journal of American Medical Association and the Proceedings of the National Academy of Science.

1

Presently, I am providing guidance to the US CDC on personal protective equipment policy for the SARS-CoV-2 outbreak and providing input on models of the outbreak as part of a CDC working group.

3.  COVID-19 is a disease caused by a novel zoonotic coronavirus, called SARS-CoV-2. It emerged in the Chinese province of Hubei in late 2019 and has since spread to 173 countries. The World Health Organization declared COVID-19 a pandemic on March 11, 2020. As of March 25, 2020, over 468,000 confirmed cases have been reported worldwide, causing over 21,000 deaths. The United States has had local transmission since January 2020, and since March has been experiencing an exponential rise in confirmed cases and widespread transmission across the country.

4.  COVID-19 can cause severe symptoms, in particular pneumonia (inflammation of the lungs associated with infection), and can lead to death. Certain populations are at particularly high risk of severe outcomes. The CDC advises that individuals over 65 years old, individuals who are immunocompromised, and individuals with certain comorbities including lung disease, heart disease, obesity, diabetes are at high risk for severe COVID-19 illness. Various studies have examined the time from symptom onset to hospitalization or severe symptoms, with estimates of the average

currently ranging from 7-9 days.

5. The case fatality rate among individuals presenting with symptoms has been estimated at 1.4% in Wuhan, the capital city of Hubei province, with higher rates in those over 65 and those with comorbidities. Case fatality rates are likely to vary from setting to setting, increasing as the healthcare system in an area becomes overburdened and sick patients are unable to be prioritized. Case fatality rates are also affected by surveillance practices in any setting which affect the number of cases included in the denominator of this rate.

6. Hospitalization with COVID-19 commonly is associated with need for intensive care and a ventilator to assist breathing. There are currently estimated to be ~45,000 ICU beds and ~160,000 ventilators in the USA, many of which are occupied by individuals sick with illnesses other than COVID-19. Uncontrolled spread of the virus would likely result in over 50% of the population becoming infected. Model projections, except under the most strict control measures, predict incidence of patients requiring hospitalization or ventilators rising well above the US capacity.

7. SARS-CoV-2 is a respiratory pathogen, meaning that it is spread through respiratory secretions, for example droplets expelled by an infected individual coughing or sneezing, in which the pathogen can remain viable

3

for at least 3 hours. Transmission can occur either by direct person-to-person contact, inhalation of these droplets, or by touching surfaces contaminated with these droplets.

8.  There are multiple sources of evidence documenting pre-symptomatic transmission (i.e. the ability of an infected individual to infect others before their symptoms appear). A study in Singapore and Tianjin, China, estimated that 50% of transmission is due to pre-symptomatic individuals. Interventions targeting only transmission by sick individuals (such as isolation of those with symptoms) are therefore unlikely to contain transmission.

9.  Timely and widespread testing of symptomatic individuals and their contacts is therefore essential to slowing transmission of the virus. The success of massive testing, active contact tracing, and isolation of individuals showing any COVID-19 symptoms has been demonstrated by the case of the Republic of Korea, which appears to have controlled local transmission. The scale and extent of transmission in the United States makes these tactics on their own infeasible, as contact tracing is very resource-intensive. However, without widespread availability of testing for individuals experiencing symptoms, it is impossible to know if local transmission is occurring in a

county or city and impossible to refine interventions in a specific location with the information that accurate surveillance provides.

10. There is no vaccine against SARS-CoV-2 infection, nor are there prophylactic pharmaceutical interventions or treatments that have been shown to reduce infection risk or symptom severity. Experimental treatments are, at a minimum, months from widespread availability due to the need to demonstrate effectiveness and obtain regulatory approval.

11. In the absence of pharmaceutical interventions, the only way to slow the rate of transmission is through a combination of preventive measures, chiefly social distancing, hygiene and isolation of cases. The lockdown in Wuhan, an extreme form of social distancing, was followed by a sustained decrease in transmission, and two months later the daily number of reported cases has dropped to zero, and lockdown restrictions will be lifted on April 8, 2020.

12. The goal of social distancing is to reduce the average number of contacts that individuals in the population have. All individuals should practice social distancing to the extent they can, not just to reduce their own risk of acquiring COVID-19, but to reduce their risk of infecting others. Reduced transmission reduces the growth rate of cases, easing pressure on hospitals and giving institutions more time to prepare.

13. Detained populations, including those in immigration detention facilities, are at high risk for infectious disease compared to the general population. Factors contributing to this excess risk include poor sanitation, lack of access to hygiene precautions, and high population density. In addition, transfer of detained immigrants between facilities complicates efforts to control infection and trace contacts. A recent outbreak of mumps in immigration detention facilities demonstrate the ability of an infectious agent to spread rapidly between centers, infecting at least 900 people from September 2018-August 2019.

14. The ability of SARS-CoV-2 to spread rapidly and widely in a closed population is demonstrated by the experience of cruise ships, including the Diamond Princess, on which around 700 (19%) of passengers and crew on board were infected over the course of three weeks despite the initiation of quarantine protocols. 11 of these individuals subsequently died.

15. Transmission of SARS-CoV-2 in detention facilities in the United States would lead to widespread and severe illness among the detained population, particularly among those considered at high risk.

16. Personal hygiene measures are effective at reducing infection risk, but for a virus as transmissible as SARS-CoV-2 they will be not be sufficient on their

own to curtail its spread. Furthermore, hygiene measures are only effective when there is sufficient access to them, and many individuals in incarcerated populations do not have adequate access to soap and water. Finally, other measures, such as regular disinfecting of surfaces, should supplement these efforts.

17. Due to the substantial amount of pre-symptomatic transmission observed in other settings, it is impossible to prevent intake of infectious individuals through screening for symptoms alone. Moreover, due to inadequate rates of COVID-19 testing in the United States, it is not possible to rule out local transmission because of lack of confirmed cases. Merely asking about travel history to areas with sustained community transmission, or contact with infected individuals, cannot rule out the possibility that an individual is infected with SARS-CoV-2 upon intake into a detention center.

18. Moreover, staff members who may be living in areas with sustained community transmission are able to transmit the disease to detained immigrants. This transmission too could occur while the staff members are asymptomatic, and thus cannot be controlled by screening for symptoms or contact history.

19. These concerns are not hypothetical: a detained immigrant in the Bergen

County Jail, NJ, tested positive for SARS-CoV-2 on March 24, 2020, and that staffers at Elizabeth Detention Center, NJ, and Aurora Detention Center, CO, have also tested positive for SARS-CoV-2

20. Isolation of symptomatic individuals within detention settings similarly will not stop transmission before symptom onset. As there are several modes of transmission other than direct person-to-person contact, it is not possible to identify all individuals who have had contact with a COVID-19 case. Quarantine of suspected contacts will therefore likely reduce the rate of spread of the virus in a facility but will not eliminate transmission.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29 day in March, 2020 in Gainesville, Florida.

Prof. Derek Cummings

8

**<u>EXHIBIT A</u>**

**CURRICULUM VITAE**

DEREK A.T. CUMMINGS

**PERSONAL DATA**

*Business Address:*  Department of Biology
University of Florida
Bartram Hall
Gainesville, FL 32608

*Mobile:*  (410)-916-1371
*Fax:*  (352)-392-9925
*Email:*  datc@ufl.edu

**EDUCATION AND TRAINING**

| | |
|---|---|
| PhD, 2004 | Johns Hopkins University, Whiting School of Engineering<br>Geography and Environmental Engineering |
| MHS, 2004 | Johns Hopkins University, Bloomberg School of Public Health<br>International Health |
| MS, 2001 | Johns Hopkins University, Whiting School of Engineering<br>Geography and Environmental Engineering |
| ScB, 1996 | Brown University<br>Chemistry |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| UF Preeminence Professor | Department of Biology, University of Florida<br>2015-present |
| UF Preeminence Professor | Emerging Pathogens Institute<br>2015-present |
| Adjunct Professor | Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health<br>2015-present |
| Adjunct Professor | Department of International Health, Johns Hopkins Bloomberg School of Public Health<br>2015-present |
| Associate Professor | Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health<br>2013-2015 |

| | |
|---|---|
| Adjunct Associate Professor | Department of International Health, Johns Hopkins Bloomberg School of Public Health<br>2013-2015 |
| Adjunct Associate Professor | Department of Epidemiology, University of Pittsburgh Graduate School of Public Health<br>2013-2015 |
| Nonresident Fellow | Brookings Institution<br>2007-present |
| Assistant Professor | Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health<br>2007-2013 |
| Adjunct Assistant Professor | Department of International Health, Johns Hopkins Bloomberg School of Public Health<br>2007-2013 |
| Adjunct Assistant Professor | Department of Epidemiology, University of Pittsburgh Graduate School of Public Health<br>2007-2013 |
| Visiting Assistant Professor | Department of Epidemiology, University of Pittsburgh Graduate School of Public Health, University of Pittsburgh<br>2006 – 2007 |
| Visiting Assistant Professor | Department of Biostatistics, Bloomberg School of Public Health, Johns Hopkins University<br>2006 – 2007 |
| Research Associate | Department of International Health, Bloomberg School of Public Health, Johns Hopkins University<br>2004 – 2006 |
| Program Coordinator | NIH Modeling Infectious Disease Agents Study (MIDAS) Center, University of Pittsburgh/Johns Hopkins University (pre-2006)<br>2003 - 2009 |
| Research Assistant | Department of Geography and Environmental Engineering, GWC Whiting School of Engineering, Johns Hopkins University<br>1999-2004 |
| Case Worker | Coalition for the Homeless, Crisis Intervention Program, NYC<br>1998 |

**PROFESSIONAL ACTIVITIES**

*Society Membership*

Society for Epidemiological Research
2004-present

American Academy for the Advancement of Science
2004-present

Asia Pacific Society of Medical Virology
2001-present

American Society of Tropical Medicine and Hygiene
2000-present

DIMACS Focus on Computation and Mathematical Epidemiology
2000-2008

*Participation on Advisory Panels*

WHO Working Group on Dengue Burden Estimation
2014-present

EcoHealthNet
Member of Steering Committee
2015-present

NIH P01 Flavivirus Infections: Pathogenesis and Prevention
Member of External Advisory Committee
2013-present

WHO Disease Reference Group on Dengue and other Emerging Viral Diseases
2010-2011

Member of the WHO Informal Network for Mathematical Modeling, Working Group on Influenza A
(H1N1), 2009
2009

U.S. Department of Health and Human Services, Secretary's Advisory Council on Public Health
Preparedness, Smallpox Modeling Working Group
2000-2002

*Consultations*
World Health Organization-Immunization and Vaccine-related Implementation Research (IVIR)
Advisory Committee Meeting-Consultation on Dengue Risk Maps
2017

MSF/Epicentre
Design of vaccine trial to assess fractional dose of yellow fever vaccine. Trial to be conducted in Uganda
and Kenya
2016-present

3

MSF/Epicentre
Analysis of vaccine trial data from Rotavirus vaccine trial
2016

World Health Organization
Consultation on Mathematical Modeling of Dengue Intervention Impact
2014

Ministry of Health of Liberia
Ebola Outbreak Epidemiological Investigation
2014-2015

Kingdom of Saudi Arabia MERS-CoV Outbreak Investigation Team
2013-2014

Medimmune
Estimation of Burden of Influenza B
2011-2012

World Health Organization.
Disease Reference Group on Dengue and other Emerging Viral Diseases of Public Health Importance.
Scientific Committee.
2009

Epicentre and Medecins Sans Frontieres (MSF)
Outbreak investigation of measles in Maroua, Cameroon
2009

World Health Organization. Center for Vaccine Research.
Preparation of analysis of dengue models to assess future vaccine candidates.
2008

*Data Safety and Management Boards (DSMB)*
MSF-Epicentre
Randomized, double-blind non-inferiority trial of two antivenoms for the treatment of snakebite with envenoming, Central African Republican
2015-present

MSF-Epicentre
Effect of systematic utilization of antibiotic therapy in the ambulatory treatment of uncomplicated severe acute malnutrition
2013-2014

**EDITORIAL ACTIVITIES**

*Study Sections*
Member, NIH Clinical Research and Field Studies of Infectious Disease Study Section
2016-2019

NIH Special Emphasis Panel on International Collaborations in Environmental Health-ad hoc participation

4

2014, 2015

NIH Clinical Research and Field Studies of Infectious Disease Study Section-ad hoc participation
2013, 2014, 2016

NIH Director's Independence Award-ad hoc participation
2014, 2015, 2016

NIH Modeling and Analysis of Biological Systems-ad hoc participation
2013

NIH Infectious Disease, Reproductive Health, and Asthma/Pulmonary Conditions-ad hoc participation
2012, 2013

NSF/NIH Ecology and Evolution of Infectious Diseases-ad hoc participation
2012

*Peer Review Activities*

Associate Editor:
>American Journal of Epidemiology, 2010-2014

Academic Editor:
>PLoS Medicine, 2011, 2012, 2013, 2014, 2015
>PLoS Computational Biology, 2009-2010, 2014

Referee:
>Nature, New England Journal of Medicine, Science, PLoS Biology, PLoS Medicine, Epidemiologic Reviews, American Journal of Epidemiology, Biostatistics, Emerging Infectious Diseases, Mathematical and Computer Modeling, PLoS Neglected Tropical Diseases, PLoS One, Biosecurity and Bioterrorism, Journal of Theoretical Biology, American Journal of Tropical Medicine and Hygiene, Journal of the Royal Society Interface, Proceedings of the Royal Society  B, Physics Review A, Lancet, Proceedings of the National Academy of Science, Science, eLife

## HONORS AND AWARDS

*Awards*

| | |
|---|---|
| KAVLI Frontiers in Science | 2017 |
| University of Florida Term Professorship | 2017 |
| International Society for Disease Surveillance | |
| >Outstanding Research in Biosurveillance | 2015 |
| JHBSPH Teaching Excellence Award | 2015 |
| Advising, Mentoring, and Teaching Recognition Award  (AMTRA) | 2012 |
| Burroughs Wellcome Career Award at the Scientific Interface | 2007 |
| UTRA Fellow, Brown University | 1996 |
| Meikeljohn Fellow, Brown University | 1994 |
| Rotary Scholarship | 1992 |
| National Merit Scholar | 1992 |

**PUBLICATIONS** (*served as advisor/mentor)
127 peer-reviewed papers, cited 12334 times (Google Scholar), 21 papers have been cited more than 100 times, H-index of 44 (44 papers have been cited more than 44 times)

*Journal Articles*

1. **Cummings DA**, McMaster J, Rieger AL, Rieger PH. EPR spectroscopic and theoretical study chromium(I) carbonyl phosphine and phosphonite complexes. *Organometallics* 1997;16:4362-4368.

2. Epstein JM, **Cummings DAT**, Chakravarthy S, Singa RM, Burke DS. Toward a containment strategy for smallpox bioterror: An individual based computational approach. *Brookings Monographs* 2004.

3. **Cummings DAT**, Irizarry RA, Huang NE, Endy TP, Nisalak A, Ungchusak K, Burke DS. Travelling waves in the occurrence of dengue haemorrhagic fever in Thailand. *Nature* 2004;427:344-347.

4. Longini IM, Jr., Nizam A, Xu S, Ungchusak K, Hanshaoworakul W, **Cummings DAT**, Halloran ME. Containing pandemic influenza at the source. *Science* 2005;309:1083-7.

5. Ferguson NM, **Cummings DAT**, Cauchemez S, Fraser C, Riley S, Meeyai A, Iamsirithaworn S, Burke DS. Strategies for containing an emerging influenza pandemic in Southeast Asia. *Nature* 2005;437:209-214.

6. **Cummings DAT**, Schwartz IB, Billings L, Shaw LB, Burke DS. Dynamic effects of antibody-dependent enhancement on the fitness of viruses. *Proceedings of the National Academy of Sciences* 2005;102:15259-64.

7. Schwartz IB, Shaw LB, **Cummings DAT**, Billings L, McCrary M, and Burke DS. Chaotic desynchronization of multistrain diseases. *Physical Review E*. 2005;72:066201.

8. **Cummings DAT**, Moss WJ, Long K, Wiysonge CS, Muluh TJ, Kollo B, Nomo E, Wolfe ND and Burke DS. Improved measles surveillance in Cameroon reveals two major dynamic patterns of incidence. *International Journal of Infectious Diseases* 2006;10:148-155.

9. Ferguson NM, **Cummings DAT**, Fraser C, Cajka JC, Cooley PC, Burke DS. Strategies for mitigating an influenza pandemic. *Nature* 2006;442:448-452.

10. Burke DS, Epstein JM, **Cummings DAT**, Parker JI, Cline KC, Singa RM, Chakravarty S. Individual-based computational modeling of smallpox epidemic control strategies. *Academic Emergency Medicine* 2006;13:1142-1149.

11. Longini, IM, Halloran ME, Nizam A, Yang Y, Xu S, Burke DS, **Cummings DAT**, Epstein JM. Containing a Large Bioterrorist Smallpox Attack: A Computer Simulation. *International Journal of Infectious Diseases* 2007;11:98-108.

12. Billings L, Schwartz IB, Shaw LB, McCrary M, Burke DS, **Cummings DAT.** Instabilities in multiserotype disease models with antibody-dependent enhancement. *Journal of Theoretical Biology* 2007;246:18-27.

13. Lessler J, **Cummings DAT**, Fishman S, Vora A, Burke DS. Transmissibility of Swine Flu at Fort Dix, 1976. *Journal of the Royal Society Interfaces* 2007;4:755-762.

6

*14.  Vora A, Burke DS, **Cummings DAT**. The impact of a physical geographic barrier on the dynamics of measles. *Epidemiology and Infection* 2008;136:713-720.

15. Halloran, M.E., Ferguson N.M., Eubank, S., Longini, I.M., **Cummings, D.A.T.**, Lewis, B., Xu, S., Fraser, C., Vullikanti, A., Germann, T.C., Wagener, D., Beckman, R., Kadau, K., Barrett, C., Macken, C., Burke, D.S., Cooley, P.  Modeling targeted layered containment of an influenza pandemic in the United States. *Proceedings of the National Academy of Sciences* 2008;105:4639-4644.

16. Epstein, JM, Parker J, **Cummings DAT**, Hammond RA. Coupled Contagion Dynamics of Fear and Disease: Mathematical and Computational Explorations. *PLoS ONE* 2008;3:e3955.

*17. Lessler, J, Reich, NG, Brookmeyer R, Perl TM, Nelson KE, **Cummings DAT**. A systematic review of the incubation periods of acute respiratory viral infections.  *Lancet Infectious Diseases* 2009;9:291-300.

18.  Reich NG, Lessler J, **Cummings DAT**, Brookmeyer R. Estimating incubation period distributions with coarse data. *Statistics in Medicine* 2009;28:2769-84

19.  **Cummings DAT**, Iamsirithaworn S, Lessler JT, McDermott A, Prasanthong R, Nisalak A, Jarman RG, Burke DS, Gibbons RV.  The impact of the demographic transition on dengue in Thailand: insights from a statistical analysis and mathematical modeling. *PLoS Medicine* 2009;6:e1000139.

20.  **Cummings DAT**. Temporal and Spatial Dynamics of Dengue Virus Transmission. *Frontiers in Dengue Virus Research.* 2009:173-181.

*21.  Johansson M, **Cummings DAT**, Glass G. Multi-year climate variability and dengue: El Niño Southern Oscillation, Weather, and Dengue Incidence in Puerto Rico, Mexico, and Thailand. *PLoS Medicine* 2009;6:e1000168.

*22.  Lessler J, Reich N, **Cummings DAT**, NYC DOHMH Swine Influenza Investigation Team. Outbreak of 2009 pandemic influenza A (H1N1) at a New York City High School. *New England Journal of Medicine.* 2009 Dec 31;361(27):2628-36.

23. Solomon BD, Lacbawan F, Mercier S, Clegg NJ, Delgado MR, Rosenbaum K, Dubourg C, David V, Olney AH, Wehner LE, Hehr U, Bale S, Paulussen A, Smeets HJ, Hardisty E, Tylki-Szymanska A, Pronicka E, Clemens M, McPherson E, Hennekam RCM, Hahn J, Stashinko E, Levey E, Wieczorek D, Roeder E, Schell-Apacik CC, Booth CW, Thomas RL, Kenwrick S, **Cummings DAT**, Bous SM, Keaton A, Balog JZ, Hadley D, Zhou N, Long R, Vélez JI, Pineda-Alvarez DE, Odent S, Roessler E, Muenke M. Mutations in ZIC2 in Human Holoprosencephaly: Description of a Novel ZIC2-Specific Phenotype and Comprehensive Analysis of 157 Individuals. *Journal of Medical Genetics* 2010;47:513-24.

*24.  Abbott III GH, Word DP, **Cummings, DAT**, Laird, CD. Estimating Seasonal Drivers in Childhood Infectious Diseases with Continuous Time and Discrete-Time Models.  *Proceedings of the American Control Conference.* 2010:5137-5142.

*25.  Word DP, Young JK, **Cummings DAT**, Laird CD. Estimation of seasonal transmission parameters in childhood infectious disease using a stochastic continuous time model.   *Proceedings of the 20th European Symposium on Computer Aided Process Engineering* 2010:229-234.

7

*26.  Fried J, Gibbons RV, Kalayanarooj S, Thomas S, Srikiatkhachorn A, Yoon IK, Jarman RG, Greene S, **Cummings DAT**.  Serotype specific differences in the risk of dengue hemorrhagic fever in hospitalized cases in Bangkok, Thailand, 1994-2006. *PLoS Neglected Tropical Diseases* 2010;4:e617.

27.  Solomon, BD, Pineda-Alvarez DE, Raam MS, **Cummings DAT**.  Evidence for inheritance in patients with VACTERL association.  *Human Genetics* 2010;127:731-3.

*28.  Lessler J, Brookmeyer R, Reich NG, Nelson KE, **Cummings DAT**, Perl TM. Identifying probable sources of infection for respiratory viruses. *Infection Control and Hospital Epidemiology* 2010;31:809-15.

*29. van Panhuis WG, Gibbons RV, Endy TP, Rothman AL, Nisalak A, Burke DS, **Cummings DAT**. Inferring the serotype of dengue virus infections based on pre- and post-infection neutralizing antibody titers.  *Journal of Infectious Diseases.*  2010;202:1002-10.

30.  Solomon BD, Pineda-Alvarez DE, Raam MS, Bous SM, Keaton AA, Vélez JI, **Cummings DAT**. Analysis of component findings in 79 patients diagnosed with VACTERL association. *American Journal of Medical Genetics part A* 2010;152A:2236-44.

*31.  Lessler J, dos Santos T, Aguilera X, Brookmeyer R. PAHO Influenza Technical Working Group, **Cummings, DAT**.  H1N1pdm in the Americas.  *Epidemics* 2010;2:132-138.

*32.  Lessler J, Moss WJ, Lowther SA, **Cummings DAT**.  Maintaining high rates of measles immunization in Africa.  *Epidemiology and Infection* 2010;5:1-11.

33.  Yang Y, Halloran ME, Daniel MJ, Longini IM, Jr., Burke DS, **Cummings DAT**.  Modeling competing infectious pathogens from a Bayesian perspective: application to influenza studies with incomplete laboratory results. *Journal of the American Statistical Association* 2011;105:1310-1322.

34.  Stebbins S, Stark JH, Prasad RK, Thompson WW, Mitruka K, Rinaldo C, Vukotich, CJ Jr., Burke DS, **Cummings DAT**. Sensitivity and specificity of rapid influenza testing of children in a community setting.  *Influenza and Other Respiratory Viruses* 2011;5:104-9.

*35. Rodriguez-Barraquer I, Cordiero MT, Braga C, de Souza WV, Marques ET, **Cummings DAT**. From re-emergence to hyperendemicity: the natural history of the dengue epidemic in Brazil.  *PLoS Neglected Tropical Diseases* 2011;5:e935.

36.  Stebbins S, **Cummings DAT**, Stark J, Vukotich C, Mitruka K, Thompson W, Rinaldo C, Roth L, Wagner M, Wisniewski SR, Dato V, Eng H, Burke DS.  Reduction in the incidence of influenza A but not influenza B associated with use of hand sanitizer and cough hygiene in schools: a randomized controlled trial. *Pediatric Infectious Disease Journal* 2011;30:921-926.

*37.  Lessler J, Reich N, Perl TM, **Cummings DAT**.  Visualizing clinical evidence: citation networks for the incubation periods of respiratory viral infections.  *PLoS One* 2011;6:e19496.

38.  Fraser C, **Cummings DAT**, Klinkenberg D, Burke DS, Ferguson NM.  Influenza transmission in households during the 1918 pandemic. *American Journal of Epidemiology* 2011;174:505-14.

39.  Lee BY, Connor D, Kitchen S, Bacon K, Shah M, Brown S, Bailey R, Laosiritaworn Y, Burke DS, **Cummings DAT**.  Economic value of dengue vaccine in Thailand.  *American Journal of Tropical Medicine and Hygiene* 2011;84:764-72.

*40.  Van Panhuis W, Luxemburger C, Pengsaa K, Limkittikul K, Sabcharoen A, Lang J, Durbin A, **Cummings DAT**.  Decay and persistence of maternal dengue antibodies among infants in Bangkok. *American Journal of Tropical Medicine and Hygiene* 2011;85:355-62.

41.  Lessler J, **Cummings DAT**, Read J, Wang S, Zhu H, Smith G, Guan Y, Jiang C, Riley S.  Location-specific patterns of exposure to recent pre-pandemic strains of influenza A in southern China.  *Nature Communications* 2011;2:423.

42. Johansson M, Hombach J, **Cummings DAT**.  Models of the impact of dengue vaccines: a review of current research and potential approaches. *Vaccine* 2011;29:5860-8.

43.  Luquero FJ, Pham-Orsetti H, **Cummings DAT**, Ngaunji PE, Nimpa M, Fermon F, Ngoe N, Sosler S, Strebel P, Grais RF.  A long-lasting measles epidemic in Maroua, Cameroon 2008-2009: mass vaccination as response to the epidemic. *Journal of Infectious Diseases*. 2011;204 Suppl 1:S243-51.

*44.  Althouse BM, Ng YY, **Cummings DAT**.  Prediction of dengue incidence using search query surveillance. *PLoS Neglected Tropical Diseases*. 2011;5:e1258.

45. Lessler JT, Metcalf CJE, Grais RF, Luquero F, **Cummings DAT**, Grenfell BT. Measuring the performance of vaccination programs using cross-sectional surveys: a likelihood framework and retrospective analysis.  *PLoS Medicine* 2011;8:e1001110.

46. Chaninan Sonthichai, Iamsirithaworn S, **Cummings DAT**, Shokekird P, Niramitsantipong A, Khumket S, Chittaganpitch M, Lessler J. Effectiveness of non-pharmaceutical interventions in controlling an Influenza A outbreak in a school, Thailand, November 2007. *Outbreak, Surveillance and Investigation Report* 2011;4:6-11.

*47. Word DP, **Cummings DAT**, Burke DS, Iamsirithaworn S, Laird CD.  A nonlinear programming approach for estimation of transmission parameters in childhood infectious disease using a continuous time model.  *Journal of the Royal Society Interface*.  2012 Feb 15. [Epub ahead of print].

*48. Reich NG, Lessler J, **Cummings DAT**, Brookmeyer R.  Estimating absolute and relative case fatality ratios from infectious disease surveillance data.  *Biometrics.* 2012. doi: 10.1111/j.1541-0420.2011.01709.x. [Epub ahead of print]

49. **Cummings DAT**, Boni M, WHO-VMI Dengue Vaccine Modeling Group.  Assessing the potential of a candidate dengue vaccine with mathematical modeling. *PLoS Neglected Tropical Diseases.* 2012 Mar;6(3):e1450.

*50.  Stark JH, Sharma R, Ostroff S, **Cummings DAT**, Stebbins S, Ermentrout B, Burke DS, Wisniewski S.  Local Spatial and Temporal Processes of Influenza in Pennsylvania, USA: 2003-2009, *PLoS One*, 2012;7(3):e34245.

51.  Burton J, **Cummings DAT**, Schwartz I, Billings L. Disease Persistence in Epidemiological Models: The Interplay between Vaccination and Migration. *Mathematical Biosciences*. 2012;239(1):91-6.

52.  Read JM, Edmunds WJ, Riley S, Lessler JT, **Cummings DAT**. Close encounters of the infectious kind: a review of methods to measure social mixing behavior. *Epidemiology and Infection.* 2012 Jun 12:1-14..

*53.  Salje H, Lessler J, Endy TP, Curriero F, Gibbons RV, Nisalak A, Nimmannitya S, Kalayanarooj S, Jarman RG, Thomas S, Burke DS, **Cummings DAT**. Revealing the micro-scale spatial signature of dengue transmission and immunity in an urban population. *Proceedings of the National Academy of Sciences.* 2012 Jun 12;109(24):9535-8.

54. Blackwood JC, **Cummings DAT**, Broutin H, Iamsirithaworn S, Rohani P.  The population ecology of infectious diseases with pertussis as a case study.  *Parasitology*. 2012 Apr 13:1-11.

55.  Lessler  J, Riley S, Read JM, Wang S, Zhu H, Smith GJD, Guan Y, Jiang CQ, **Cummings DAT**. Evidence for Antigenic Seniority in Influenza A (H3N2) Antibody Responses in Southern China. *PLoS Pathogens*. 2012 8(7): e1002802. doi:10.1371/journal.ppat.1002802

*56. Stark JH, **Cummings DAT**, Ermentrout B, Ostroff S, Sharma R, Stebbins S, Burke DS, Wisniewski S. Local variations in spatial synchrony of influenza epidemics. *PLoS One.*  2012;7(8):e43528. Epub 2012 Aug 16.

*57.  Rainwater-Lovett K, Rodriguez-Barraquer I, **Cummings DAT**, Lessler J. Variation in dengue virus plaque reduction neutralization testing: systematic review and pooled analysis. *BMC Infectious Diseases.* 2012 Sep 28;12(1):233. [Epub ahead of print]

*58. Althouse BM, Lessler J, Sall A, Diallo M, Hanley K, Watts D, Weaver S, **Cummings DAT**. Synchrony of Sylvatic Dengue Isolations: A Multi-host, Multi-vector SIR Model of Dengue Virus Transmission in Senegal. *PLoS Neglected Tropical Diseases.* 2012 Nov;6(11):e1928.

*59.  Azman A, Rudolph K, **Cummings DAT**, Lessler J.  The incubation period of cholera: a systematic review.  *Journal of Infection.*  2012 Nov 29. doi:pii: S0163-4453(12)00347-7.

60.  Meltzer A, Pierce R, **Cummings DAT**, Pines JM, May L, Smith M, Marcotte J, McCarthy M.  Rapid (13C Urea breath test to identify Helicobacter Pylori infection in Emergency Department patients with upper abdominal pain. *Western Journal of Emergency Medicine.* 2013 May;14(3):278-82. doi: 10.5811/westjem.2012.12.15173.

61.  Reiner RC, Perkins TA, Barker CM, Niu T, Fernando Chaves L, Ellis AM, George DB, Le Menarch A, Pulliam J, Bisanzio D, Buckee C, Chiyaka C, **Cummings DAT**, Garcia A, Gatton M, Gething PW, Hartley DM, Johnston G, Klein E, Michael E, Linsday SW, Lloyd AL, Pigott D, Reisen WK, Ruktanonchai N, Singh B, Tatem AJ, Kitron U, Hay SI, Scott TW, Smith DL.  A systematic review of mathematical models of mosquito-borne pathogen transmission: 1970-2010. *Journal of the Royal Society Interface.* 2013 Feb 13;10(81):20120921. doi: 10.1098/rsif.2012.0921. Print 2013 Apr 6. Review.

62.  Blackwood J, **Cummings DAT**, Broutin H, Iamsirithaworn S, Rohani P.  Deciphering the impacts of vaccination, demographic transition and immunity on pertussis epidemiology in Thailand. *Proceedings National Academy of Sciences USA.* 2013 Jun 4;110(23):9595-600. doi: 10.1073/pnas.1220908110. Epub 2013 May 20.

*63.  Mier-y-Teran-Romero L, Schwartz IB, **Cummings DAT**. Breaking the symmetry: Differences among serotypical transmission rates enhance persistence in dengue fever models. *Journal of Theoretical Biology.* 2013 Sep 7;332:203-10. doi: 10.1016/j.jtbi.2013.04.036. Epub 2013 May 7.

*64.  Reich NG, Shrestha S, King AA, Rohani P, Lessler J, Kalayanarooj S, Yoon IK, Gibbons RV,

Burke DS, **Cummings DAT**. Interactions between serotypes of dengue highlight epidemiological impact of cross-immunity. *Journal of the Royal Society Interface*. 2013 Jul 3;10(86):20130414. doi: 10.1098/rsif.2013.0414. Print 2013.

65.  Assiri A, McGeer A, Perl TM, Price CS, Al Rabeeah AA, **Cummings DAT**, Alabdullatif ZN, Assad M, Almulhim A, Makhdoom H, Madani H, Alhakeem R, Al-Tawfiq JA, Cotten M, Watson SJ, Kellam P, Zumla AI, Memish ZA; the KSA MERS-CoV Investigation Team.  Hospital outbreak of Middle East Respiratory Syndrome Coronavirus.  *New England Journal of Medicine.* 2013. Jun 19. Epub ahead of Print.

66.  Liu SH, Brotman RM, Zenilman JM, Gravitt PE, **Cummings DAT**.  Menstrual cycle and detectable human papillomavirus in reproductive women: a time series study. *Journal of Infectious Diseases.* 2013 Jul 24. Epub ahead of Print.

*67.  Rodriguez-Barraquer IB, Mier-y-Teran-Romero L, Burke DS, **Cummings DAT**.  Challenges in the interpretation of dengue vaccine trial results.  *PLoS Neglected Tropical Diseases*.  2013 Aug 29;7(8):e2126

68.  Anderson KB, Gibbons RV, **Cummings DAT**, Nisalak A, Green S, Libraty DH, Jarman RG, Srikiatkhachorn A, Mammen MP, Darunee B, Yoon IK, Endy TP.  A shorter time interval between first and second dengue infections is associated with protection from clinical illness in a school-based cohort in Thailand.  *Journal of Infectious Diseases*. 2013 Aug 20. [Epub ahead of print]

69.  Lee RM, Lessler JT, Lee RA, Rudolph K, Reich NG, Perl TM, **Cummings DAT**. Incubation periods of viral gastroenteritis: a systematic review.  *BMC Infectious Disease*. 2013.  13(1):446.

70.  Word DP, Young JK, **Cummings DAT**, Iamsirithaworn S, Laird CD. Interior-Point Methods for Estimating Seasonal Parameters in Discrete-Time Infectious Disease Models.  *PLoS One*.  2013. 8(10):e74208.

*71.  Liu SH, **Cummings DAT**, Zenilman JM, Gravitt PE, Brotman RM. Characterizing the Temporal Dynamics of Human Papillomavirus DNA Detectability Using Short-Interval Sampling.  *Cancer Epidemiology, Biomarkers and Prevention*.  2013. Oct. 15. Epub ahead of print.

72.  Live Dengue Vaccines Technical Consultation Reporting Group (including **Cummings DAT**), Bentsi-Enchill AD, Schmitz J, Edelman R, Durbin A, Roehrig JT, Smith PG, Hombach J, Farrar J.  Long-term safety assessment of live attenuated tetravalent dengue vaccines: deliberations from a WHO technical consultation. *Vaccine*. 2013:31(23):2603-9.

*73.  Rodriguez-Barraquer I, Buathong R, Iamsirithaworn S, Nisalak A, Lessler JT, Jarman RG, Gibbons RV, **Cummings DAT**.  Revisiting Rayong: Shifting seroprofiles of dengue in Thailand and their implications for transmission and control. *American Journal of Epidemiology*.  doi:10.1093/aje/kwt256.

*74.  Rodriguez-Barraquer I, Mier-y-Teran-Romero L, Schwartz IB, Burke DS, **Cummings DAT**. Potential opportunities and perils of imperfect dengue vaccines. *Vaccine*. 2013.  doi:pii: S0264-410X(13)01537-5.

75.  van Panhuis WG, Grefenstette J, Jung SY, Chock NS, Cross A, Eng H, Lee BY, Zadorozhny V, Brown S, **Cummings DAT**, Burke DS.  Contagious diseases in the United States from 1888 to the present. *New England Journal of Medicine*.  2013.  Nov. 28 369(22):2152-8.

11

*76. Azman AS, Stark JH, Althouse BM, Vukotich CJ Jr., Stebbins S, Burke DS, **Cummings DAT**. Household transmission of influenza A and B in a school-based study of non-pharmaceutical interventions. *Epidemics*.  2013. 5(4): 181-6.

77. Smith DL, Perkins TA, Reiner RC, Barker CM, Niu T, Fernando Chaves L, Ellis AM, George DB, Le Menach A, Pulliam JRC, Bisanzio D, Buckee C, Chiyaka C, **Cummings DAT**, Garcia AJ, Gatton ML, Gething PW, Hartley DM, Johnston G, Klein EY, Michael E, Lloyd AL, Pigott DM, Reisen WK, Ruktanonchai N, Singh BK, Stoller J, Tatem AJ, Kitron U, Godfray HCJ, Cohen JM, Hay SI, Scott TW. Recasting the theory of mosquito-borne pathogen transmission dynamics and control. *Trans R Soc Trop Med Hyg*. 2014 April; 108(4): 185–197.

78.  Grabowski MK, Lessler J, Redd AD, Kagaayi J, Laeyendecker O, Ndyanabo A, Nelson MI, **Cummings DAT**, Bwanika JB, Mueller AC, Reynolds SJ, Munshaw S, Ray SC, Lutalo T, Manucci J, Tobian AAR, Chang LW, Beyrer C, Jennings JM, Nalugoda F, Serwadda D, Wawer MJ, Quinn TC, Gray RH, and the Rakai Health Sciences Program.  The role of viral introductions in sustaining community-based HIV epidemics in rural Uganda: evidence from spatial clustering, phylogenetics, and egocentric transmission models. *PLoS Medicine*.  2014 Mar 4;11(3):e1001610.

79. Rudolph K, Lessler J, Moloney R, Kmush B, **Cummings DAT**.  Incubation periods of mosquito-borne viral infections: a systematic review. *American Journal of Tropical Medicine and Hygiene*.  2014. May 90(5):882-91.

*80. Althouse BA, Durbin AP, Hanley KA, Halstead SB, Weaver SC, **Cummings DAT**. Viral kinetics of primary dengue virus infection in non-human primates: a systematic review and individual pooled analysis. *Virology*. 2014 Mar;452-453:237-46.

81. Bhoomiboonchoo P, Gibbons RV, Huang A, Yoon IK, Buddhari D, Nisalak A, Chansatiporn N, Thipayamongkolgul M, Kalanarooj S, Endy T, Rothman AL, Srikiatkhachorn A, Green S, Mammen MP, **Cummings DAT**, Salje H. The spatial dynamics of dengue virus in Kamphaeng Phet, Thailand. *PLoS Neglected Tropical Diseases*.  2014. Sep 11;8(9); e3138

*82. Salje H, Rodriguez-Barraquer I, Rainwater-Lovett K, Nisalak A, Thaisomboonsuk, Thomas SJ, Fernandez S, Jarman RG, Yoon IK, **Cummings DAT**. Variability in Dengue Titer Estimates from Plaque Reduction Neutralization Tests Poses a Challenge to Epidemiological Studies and Vaccine Development. *PLoS Neglected Tropical Diseases*.  2014. Jun 4;8(6).

82. Ferguson NM, **Cummings DAT**.  How season and serotype determine dengue transmissibility. *Proceedings of the National Academy of Science USA*.  2014. Jun 19. pii: 201407648.

83. Read JM, Lessler J, Riley S, Wang S, Tan LJ, Kwok KO, Guan Y, Jiang CQ, **Cummings DAT**. Social mixing patterns in rural and urban areas of southern China. *Proceedings of the Royal Society B*. 2014 Apr 30;281(1785)20140268.

84. Kucharski AJ, Kwok KO, Wei VW, Cowling BJ, Read JM, Lessler J, **Cummings DAT**, Riley S. The contribution of social behavior to the transmission of influenza A in a human population. *PLoS Pathogens*. 2014 Jun;10(6):e1004206.

85. Velasco JMS, Alera MTP, Ypil-Cardenas CA, Dimaano EM, Jarman RG, Chinnawirotpisan P, Thaisomboonsuk B, Yoon IK, **Cummings DAT**, Mammen P Mammen Jr. Demographic, clinical and

laboratory findings among adult and pediatric patients hospitalized with dengue in the Philippines. *Southeast Asian Journal of Tropical Medicine and Public Health*.  2014 45(2); 337-345.

*86. Reich NG, **Cummings DAT**, Lauer SA, Zorn M, Robinson C, Nyquist AC, Price CS, Simberkoff M, Radonovich LJ, Perl TM. Triggering Interventions for Influenza: The ALERT Algorithm. *Clinical Infectious Diseases.* 2014 doi: 10.1093/cid/ciu749

87. Kwok KO, Cowling BJ, Wei VW, Wu KM, Read JM, Lessler J, **Cummings DAT**, Malik Peiris JS, Riley S. Social contacts and the locations in which they occur as risk factors for influenza infection. *Proc. R. Soc. B* 2014 Aug; 281(1789); 20140709.

88. Kwok KO, Jiang C, Tan L, Justin L, Read JM, Zhu H, Guan Y, **Cummings DAT**, Riley S. [An international collaborative study on influenza viruses antibody titers and contact patterns of individuals in rural and urban household of Guangzhou]. *Zhonghua liu zing bing xue za zhi.* 2014 April; 35(4); 433-436. In Chinese.

*89. Althouse BA Hanley KA, Diallo M, Sall A, Ba Y, Faye O, Watts D, Weaver SC, **Cummings DAT**. Impact of climate and mosquito vector abundance on sylvatic arbovirus circulation dynamics in Senegal. *Am J Trop Med Hyg*. 2014 Nov. 13-0617.

90.  Lessler JT, Rodriguez-Barraquer I, **Cummings DAT**, Garske T, Van Kerkhove M, Mills H, Truelove S, Hakeem A, Albarrak A, Ferguson NM.  Estimating potential incidence of MERS-CoV associated with Hajj pilgrims to Saudi Arabia, 2014.  *PLoS Currents Outbreaks*. OBK-14-0048.

91.  Jiang CQ, Lessler J, Kim L, Kwok KO, Read JM, Wang S, Tan L, Zhu H, Guan Y, Riley S, **Cummings DAT**.  A study of influenza immunity in urban and rural Guangzhou region of China, the Fluscape Study. *Chinese Journal of Preventive Medicine.*  2014 Apr;35(4):433-6.

92. Kucharski A, Lessler JT, Read J, Zhu H, Jiang CQ, Guan Y, **Cummings DAT**, Riley SR. Estimating the life course of influenza A(H3N2) antibody responses from cross-sectional data.  2015.  *PLoS Biology.* 13(3):e1002082.

93. Mazet J, Daszak P, Wei Q, Zhao G, **Cummings DAT**, Desmond JS, Sung N, Rosenthal J, Zhang S, Xiao X, Xu J, Zhu G, Shi Z, Cao W, Feng F, Liu X, Pan W, Zuo L.  A Joint China – US Call for an Interdisciplinary Approach to Emerging Infectious Diseases.  *EcoHealth.*  2015 Dec;12(4):555-9. doi: 10.1007/s10393-015-1060-1.

*94. Van Panhuis W, Choisy M, Xiong X, Chok NS, Akarasewi P, Iamsirithaworn S, Lam SK, Chong CK, Lam FK, Phommasak B, Vongphrachanh P, Bouaphanh K, Rekol H, Hien NT, Thai PQ, Duong TN, Chuang JH, Liu YL, Ng LC, Shi Y, Tayag EA, Roque Jr. VG, Lee Suy LL, Jarman RG, Gibbons RV, Velasco JMS, Yoon IK, Burke DS, **Cummings DAT**. Synoptic epidemiology of dengue across eight countries in Southeast Asia reveals region-wide synchrony and traveling waves. *Proceedings of the National Academy of Sciences*.  Proc Natl Acad Sci U S A. 2015 Oct 20;112(42):13069-74.

*95.  Rodríguez-Barraquer I, Solomon SS, Kuganantham P, Srikrishnan AK, Vasudevan CK, Iqbal SH, Balakrishnan P, Solomon S, Mehta SH, **Cummings DAT**. The hidden/unseen burden of dengue and chikungunya in Chennai, India.  *PLoS Neglected Tropical Diseases*.  2015. Jul 16;9(7):e0003906. doi: 10.1371/journal.pntd.0003906.

96. Lessler JT, Salje H, Van Kerkhove MD, Ferguson NM, Cauchemez S, Rodriquez-Barraquer I,

Hakeem R, Jombart T, Aguas R, Al-Barrak A, **Cummings DAT** and the MERS-CoV Scenario and Modeling Working Group.  Estimating the Severity and Subclinical Burden of MERS-CoV Infection in the Kingdom Saudi Arabia.  *American Journal of Epidemiology*. Apr 1;183(7):657-63.

97.  Blackwood J, **Cummings DAT**, Iamsirithaworn S, Rohani P. Does pertussis vaccination reduce transmission or symptomatic disease only? An example using age-structured data from Thailand. *Epidemics*. 16. 1-7.

*98. Clapham H, **Cummings DAT**, Nisalak A, Kalayanarooj S, Thaisomboonsuk B, Klungthong C, Fernandez S, Srikiatkhachorn A, Macareo LR, Lessler J, Reiser J, Yoon IK. Epidemiology of Infant Dengue Cases Illuminates Serotype-Specificity in the Interaction between Immunity and Disease, and Changes in Transmission Dynamics. PLoS Negl Trop Dis. 2015 Dec 11;9(12):e0004262.

99. Kraemer MU, Perkins TA, **Cummings DAT**, Zakar R, Hay SI, Smith DL, Reiner RC Jr. Big city, small world: density, contact rates, and transmission of dengue across Pakistan. J R Soc Interface. 2015 Oct 6;12(111):20150468

100. Jiang CQ, Lessler J, Kim L, Kwok KO, Read JM, Wang S, Tan L, Hast M, Zhu H, Guan Y, Riley S, **Cummings DAT**. Cohort Profile: A study of influenza immunity in the urban and rural Guangzhou region of China: the Fluscape Study. Int J Epidemiol. 2016 Feb 14.

101.  Nisalak A, Clapham HE, Kalayanarooj S, Klungthong C, Thaisomboonsuk B, Fernandez S, Reiser J, Srikiatkhachorn A, Macareo LR, Lessler JT, **Cummings DAT**, Yoon IK. Forty Years of Dengue Surveillance at a Tertiary Pediatric Hospital in Bangkok, Thailand, 1973-2012. Am J Trop Med Hyg. 2016 Mar 28. pii: 15-0337.

102.  Guclu H, Read J, Vukotich CJ Jr, Galloway DD, Gao H, Rainey JJ, Uzicanin A, Zimmer SM, **Cummings DAT**. Social Contact Networks and Mixing among Students in K-12 Schools in Pittsburgh, PA. *PLoS One*. 2016 Mar 15;11(3):e0151139

103. Lessler J, **Cummings DAT**.Mechanistic Models of Infectious Disease and Their Impact on Public Health. *Am J Epidemiol*. 2016 Mar 1;183(5):415-22.

*104. Chadsuthi S, Iamsirithaworn S, Triampo W, **Cummings DAT**. The impact of rainfall and temperature on the spatial progression of cases during the chikungunya re-emergence in Thailand in 2008-2009. *Trans R Soc Trop Med Hyg*. 2016 Feb;110(2):125-33.

*105. Clapham HE, Rodriguez-Barraquer I, Azman AS, Althouse BM, Salje H, Gibbons RV, Rothman AL, Jarman RG, Nisalak A, Thaisomboonsuk B, Kalayanarooj S, Nimmannitya S, Vaughn DW, Green S, Yoon IK, **Cummings DAT**. Dengue Virus (DENV) Neutralizing Antibody Kinetics in Children After Symptomatic Primary and Postprimary DENV Infection.  *J Infect Dis*. 2016 May 1;213(9):1428-35.

106. Lessler J, Ott C, Carcelen A, Konikoff J, Williamson J, Bi Q, Kucirka LM, **Cummings DAT**, Reich NG, Chaisson LH. Times to key events in the course of Zika infection and their implications: a systematic review and pooled analysis.  *Bulletin of the World Health Organization.* 2016. Nov. 1;94(11):841-849.

107. Rodriguez-Barraquer I, Salje H, Lessler J, **Cummings DAT**. Predicting intensities of Zika infection and microcephaly using transmission intensities of other arboviruses. *bioRxiv*, 041095

14

108. Reich NG, Lessler JT, Sakrejda K, Lauer SA, Iamsirithaworn S, **Cummings DAT**. Evaluating time-series prediction models using a generalization of the Mean Absolute Scaled Error. *American Statistician*. 2016;70(3):285-292.

109. Radonovich L, Bessesen MT, **Cummings DAT**, Gaydos C, Nyquist C, Price C, Gilbert CL, Gorse G, Reich NG, Rodriguez-Barradas M, Simberkoff M, Perl TM. The Respiratory Protection Effectiveness Clinical Trial (ResPECT): A cluster-randomized clinical trial to compare the effectiveness of respirator and medical mask effectiveness against respiratory infection and illness in healthcare workers. *BMC Infectious Diseases*. 2016 Jun 2;16:243.

110. Cauchemez S, Novellet P, Cori A, Thibaut J, Garske T, Clapham H, Moore S, Mills HL, Salje H, Collins C, Rodriguez-Barraquer I, Riley S, Truelove S, Algarni H, Alhakeem R, AlHarbi K, Turkistani A, Aguas RJ, Cummings DAT, Van Kerkhove MD, Donnelly CA, Lessler J, Fraser C, Al-Barrak A, Ferguson NM. Unraveling the drivers of MERS-CoV Transmission. *PNAS*. 2016 Aug.113(32):9081-6.

*111. Truelove S, Zhu H, Lessler J, Riley S, Read JM, Wang S, Kwok KO, Guan Y, Jiang CQ, Cummings DAT. A comparison of hemagglutination inhibition and neutralization assays for characterizing immunity to seasonal influenza A. *Influenza and other Respiratory Infections*. 2016 Jun 15;10(6):e00047

112. Salje H, Lessler J, Paul K, Azman AS, Rahman MW, Rahman M, **Cummings DAT**, Gurley E, Cauchemez S. How behaviors, social structures and space shape the spread of infectious diseases: chikungunya as a case study. *PNAS*. 2016. Nov. 22;113(47):13420-13425.

113. Grantz KH , Rane MS, Salje H, Glass GE, Schachterle SE, **Cummings DAT**. Disparities in influenza mortality and transmission related to socio-demographic factors within Chicago in the pandemic of 1918. *PNAS*. 2016. Nov. 29;113(48):13839-13844.

114. Salje H, **Cummings DAT**, Lessler JT. Estimating infectious disease transmission distances using the overall distribution of cases. *Epidemics*. 2016 Dec;17:10-18.

115. Hoang QC, Salje H, Rodriguez-Barraquer I, Yoon IK, Chau NVV, Hung NT, Tuan HM, Lan PT, Willis B, Nisalak A, Kalayanarooj S, **Cummings DAT**, Simmons CP. Synchrony of dengue incidence in Ho Chi Minh City and Bangkok. *PLoS Neglected Tropical Diseases*. 2016. Dec. 10(12):e0005188.

116. Neil Ferguson, Isabel Rodriguez-Barraquer, Luis Mier-y-Teran-Romero, Cummings DAT. Modelling the optimal use of the first licensed dengue vaccine: balancing benefit against potential risks. *Science*. 2016 Sep 2;353(6303):1033-1036.

117. Flasche S, Jit M, Rodríguez-Barraquer I, Coudeville L, Recker M, Koelle K, Milne G, Hladish TJ, Perkins TA, **Cummings DAT**, Dorigatti I, Laydon DJ, España G, Kelso J, Longini I, Lourenco J, Pearson CA, Reiner RC, Mier-Y-Terán-Romero L, Vannice K, Ferguson N. The long-term safety, public health impact and cost-effectiveness of routine vaccination with a recombinant, live-attenuated dengue vaccine (Dengvaxia): A model comparison study. *PLoS Med*. 2016 Nov 29;13(11):e1002181.

118. Salje J, Lessler J, Berry IM, Melendrez MC, Endy T, Kalayanarooj S, Atchareeya A, Chanama S, Sangkijporn S, Klungthong C, Thaisomboonsuk B, Nisalak A, Gibbons RV, Iamsirithaworn S, Macareo LR, Yoon IK, Sangarsang A, Jarman RG, **Cummings DAT**. Dengue diversity across spatial and temporal scales: Local structure and the effect of host population size. *Science*. 355(6331), 1302-1306.

15

119. Kirsch TD, Moseson H, Massaquoi M, Nyenswah TG, Goodermote R, Rodriguez-Barraquer I, Lessler J, **Cummings DAT**, Peters DH. Impact of interventions and the incidence of ebola virus disease in Liberia-implications for future epidemics. *Health Policy and Planning*. 2017 Mar 1;32(2):205-214

120. Grubaugh ND, Ladner JT, Kraemer MUG, Dudas G, Tan AL, Gangavarapu K, Wiley MR, White S, Theze J, Magnani DM, Preito K, Reyes D, Bingham A, Paul LM, Robles-Sikisaka R, Oliveira G, Pronty D, Metsky HC, Baniecki ML, Barnes KG, Chak B, Freije CA, Gladden-Young A, Gnirke A, Luo C, MacInnis B, Matranga CB, Park DJ, Qu J, Schaffner SF, Tomkins-Tinch C, West KL, Winnicki SM, Wohl S, Yozwiak NL, Quick J, Fauver JR, Khan K, Brent SE, Reiner RC, Lictenberger PN, Ricciardi M, Bailey VK, Watkins DI, Cone MR, Kopp EW, Hogan KN, Cannons AC, Jean R, Garry RF, Loman NJ, Faria NR, Porcelli MC, Vasquez C, Nagle ER, **Cummings DAT**, Stanek D, Rambaut A, Sanchez-Lockhart M, Sabeti PC, Gillis LD, Michael SF, Bedford T, Pybus OG, Isem S, Palacios G, Andersen KG. Multiple introductions of Zika virus into the United States revealed through genomic epidemiology. *Nature*. 2017. 546(7658):401.

*121. Clapham HE, **Cummings DAT**, Johansson MA. Immune status alters the probability of apparent illness due to dengue virus infection: Evidence from a pooled analysis across multiple cohort and cluster studies. *PLoS Negl Trop Dis*. 2017 Sep 27;11(9):e0005926. doi: 10.1371/journal.pntd.0005926. eCollection 2017 Sep.

*122. Althouse BM, Guerbois M, **Cummings DAT**, Diop OM, Faye O, Faye A, Diallo D, Sadio BD, Sow A, Faye O, Sall AA, Diallo M, Benefit B, Simons E, Watts DM, Weaver SC, Hanley KA.  Role of monkeys in the sylvatic cycle of chikungunya virus in Senegal. *Nature Communications*. 2018 Mar 13;9(1):1046. doi: 10.1038/s41467-018-03332-7.

123. Frederick J, Brown AC, **Cummings DAT**, Gaydos CA, Gibert CL, Gorse GJ, Los JG, Nyquist AC, Perl TM, Price CS, Radonovich LJ, Reich NG, Rodriguez-Barradas MC, Bessesen MT, Simberkoff MS. Protecting Healthcare Personnel in Outpatient Settings: The Influence of Mandatory Versus Nonmandatory Influenza Vaccination Policies on Workplace Absenteeism During Multiple Respiratory Virus Seasons. *Infection Control and Hospital Epidemiology*. 2018 Apr;39(4):452-461. doi: 10.1017/ice.2018.9. Epub 2018 Mar 8.

124. Lauer SA, Sakrejda K, Ray EL, Keegan LT, Bi Q, Suangtho P, Hinjoy S, Iamsirithaworn S, Suthachana S, Laosiritaworn Y, **Cummings DAT**, Lessler J, Reich NG. Prospective forecasts of annual dengue hemorrhagic fever incidence in Thailand, 2010-2014. *Proc Natl Acad Sci USA*. 2018 Mar 6;115(10):E2175-E2182. doi: 10.1073/pnas.1714457115. Epub 2018 Feb 20.

*125. Katzelnick LC, Harris E, Baric R, Coller BA, Coloma J, Crowe Jr JE, **Cummings DAT** et al. Immune correlates of protection for dengue: State of the art and research agenda. *Vaccine* 35, no. 36 (2017): 4659-4669.

126. Wesolowski A, Winter A, Tatem AJ, Qureshi T, Engø-Monsen K, Buckee CO, **Cummings DAT**, Metcalf CJE. Measles outbreak risk in Pakistan: exploring the potential of combining health system data with novel data-streams to strengthen control. *Epidemiology and Infection*. In press.

127. Salje H, **Cummings DAT**, Rodriguez-Barraquer I, Katzelnick LC, Lessler J, Klungthong C, Thaisomboonsuk B, Nisalak A, Weg A, Ellison D, Macareo L, Yoo IK, Jarman R, Thomas S, Rothman AL, Endy T, Cauchemez S.  Reconstruction of dengue antibody titers and infection histories to characterize individual and population risk. *Nature*. 2018. May 23. Doi:10.1038/s41586-018-0157-4.

128. Ball JD, Prosperi MA, Brown A, Chen X, Kenah E, Yang Y, Cummings DAT, Rivers CM. The role of benzathine penicillin G in predicting and preventing all-cause acute respiratory disease in military recruits: 1991-2017. *Epidemiology and Infection*. 2018. Jul 5:1-7.

129. Chadsuthi S, Althouse BM, Iamsirithaworn S, Triampo W, Grantz KH, Cummings DAT. Travel distance and human movement predict paths of emergence of spatial spread of Chikungunya. *Epidemiology and Infection*. 2018. Jul. 9:1-9.

130. Smith MK, Solomon SS, Cummings DAT, Srikrishnan AK, Kumar MS, Vasudevan CK, McFall AM, Lucas GM, Celentano DD, Mehta SH. Overlap between harm reduction and HIV service utilization among people who inject drugs in India: Implications for HIV combination prevention. *International Journal of Drug Policy*. 2018. Jul;57:111-118.

131. Pollett S, Melendrez MC, Maljkovic Berry I, Duchene S, Salje H, Cummings DAT, Jarman RG. Understanding dengue virus evolution to support epidemic surveillance and counter-measure development. *Infection, Genetics and Evolution*. 2018. Apr. 25;62:279-295.

132. Smith MK, Graham M, Latkin CA, Mehta SH, Cummings DAT. Quantifying potentially infectious sharing patterns among people who inject drugs in Baltimore, USA. Epidemiology and Infection. 2018. Aug. 2:1-9.

133. Kucharski AJ, Lessler J, Cummings DAT, Riley S. Timescales of influenza A/H3N2 antibody dynamics. PLoS Biology. 2018. Aug. 20; 16(8): e2004974.

*Articles and Editorials not peer reviewed*

1. Epstein JM, **Cummings DA**, Chakravarthy S, Singa RM, Burke DS. Toward a containment strategy for smallpox bioterror: an individual-based computational approach.  Brookings Institution Center on Social and Economic Dynamics, 2002. Working Paper 31.

2.  Epstein, JM, Parker J, **Cummings DAT.**, Hammond R. Coupled Contagion Dynamics of Fear and Disease: Mathematical and Computational Explorations.  Brookings Institution Center on Social and Economic Dynamics, 2007. Working Paper 50.

3. Yin Y, **Cummings DAT**, Burke, D.S., Louis, T.A. Bayesian analysis of infectious disease time series data.  Technical report.  Johns Hopkins Bloomberg School of Public Health Department of Biostatistics. 2007.

4. Johansson, M., Hombach, J. **Cummings DAT**. Models of the impact of dengue vaccines: a review of current research and potential approaches. WHO Report.  Initiative for Vaccine Research.  2008.

5.  **Cummings DAT**, Lessler J.  Design and Analysis of Vaccine Studies by M. Elizabeth Halloran, Ira M. Longini, Jr., and Claudio J. Struchiner. *Am J Epidemiol* 2011;174:872-3.

6.  **Cummings DAT**.  Jumping Germs.  *Ecohealth*.  July. 2013.  1-2. Epub ahead of publication.

*Letters*

1. Bhandari A, Schaefer A, **Cummings DAT.** Comment on "Simple models of influenza progression with a heterogeneous population" by Richard Larson. *Operations Research Forum*. 2007. 55:3.

2. Solomon B, Raam MS, Pineda-Alvarez DE, **Cummings DAT**.  Patients with VACTERL association deserve careful scrutiny: Response to Jenetzky et al. *American Journal of Medical Genetics Part A* 2011;155:2042-3.

3. Rodriguez-Barraquer I, Mier-y-Teran-Romero L, Ferguson NM, Burke DS, **Cummings DAT**. Differential efficacy of dengue vaccine by immune status.  *Lancet*.  May 2;385(9979):1726. doi: 10.1016/S0140-6736(15)60889-3.

4. Rodriguez-Barraquer I, Salje H, **Cummings DAT**. Dengue Vaccine in Regions of Endemic Disease. *N Engl J Med*. 2016 Apr 7;374(14):1388.

5. Grantz KH, Rane MS, Salje H, Glass GE, Schachterle SE, **Cummings DAT**. Reply to Shanks and Brundage: Many plausible mechanisms of pandemic mortality disparities. *Proceedings of the National Academy of Sciences (PNAS)*. 2017 Apr 6.

*Chapters*

1. **Cummings DAT**, Lessler J.  Infectious Disease Dynamics.  In Infectious Disease Dynamics: Theory and Practice. Third Edition. 2016.

2.  Perkins TA, Reiner, Jr., RC, Rodriguez-Barraquer I, Smith DL, Scott TW, **Cummings DAT**.  A review of transmission models of dengue: a quantitative and qualitative analysis of model features.  In Dengue and Dengue Hemorrhagic Fever. Second Edition. 2014/8/29.  CABI Publishing.

*Meeting abstracts and presentations*

*served as advisor/mentor; presenting author)

1. AL Roberts, **Cummings DA**, Totten LA, Leckta T.  Computational methods for predicting heats of formation of halogenated methyl and ethyl radicals. National Meeting of the American Chemical Society, 2000, San Francisco, CA

2. **Cummings DAT**, Burke DS.  Spatial Synchrony and Phase Coherency of Seasonal Variation in Temperature, Rainfall and Dengue in Thailand. *GEOMED, 2003, Baltimore, MD*

3. **Cummings DAT**, Huang NE, Nisalak A, Endy TP, Burke DS. Periodic traveling waves in dengue hemorrhagic fever incidence in Thailand. *American Society of Tropical Medicine and Hygiene, 2003, Philadelphia, PA*

4. **Cummings DAT**, Huang NE, Nisalak A, Endy TP, Burke DS.  Traveling waves in dengue hemorrhagic fever incidence in Thailand.*6th Asia Pacific Congress of Medical Virology. 2003, Kuala Lumpur, Malaysia*

5. **Cummings DAT**, Huang NE, Nisalak A, Endy TP, Burke DS. Spatial coherence and association of temperature, rainfall and the incidence of dengue hemorrhagic fever in Thailand.  *53rd Annual Meeting of the American Society of Tropical Medicine and Hygiene, 2004, Miami, FL*

6. **Cummings DAT**, Schwartz IB, Shaw L, Billings L, Burke DS.  Simulation of the Population Effects of Dengue Vaccination. *First Asian Regional Dengue Research Network Meeting, 2004, Bangkok. Thailand*

7. **Cummings DAT**, Schwartz IB, Shaw L, Billings L, Burke DS. Dynamic effects of antibody-dependent enhancement on the fitness of dengue viruses. *National Institutes of Allergy and Infectious Disease Modeling Immunity for Biodefense Annual Meeting, 2006, Boston, MA*

*8. **Cummings DAT**, Rabaa MA. The relative timing of seasonal weather patterns and dengue incidence across the Southeast Asian region. 55th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Atlanta, G, 2006. [Am J Trop Med Hyg 2005;75:S137-138].

*9. Fichtenberg CM, **Cummings DAT**, Glass TA, Ellen JM. The impact of differential mixing by sexual activity on racial/ethnic STI disparities: A simulation study. 2nd North American Congress of Epidemiology, Seattle, WA, 2006.

10. **Cummings DAT**, Schwartz I, Burke DS, Gibbons RV. Spatial heterogeneity in the force of infection of dengue in Thailand and the spatial structure of phase relationships in multiannual oscillations. 57th Annual Meeting of the American Society of Tropical Medicine and Hygiene, New Orleans, LA, 2008.

11. **Cummings DAT**, Imsirithaworn S, Lessler J, Prasanthong R, Jarman RG, Burke DS, Gibbons RV. Dengue and the demographic transition. 57th Annual Meeting of the American Society of Tropical Medicine and Hygiene, New Orleans, LA, 2008.

*12. Rodriguez-Barraquer I, Marques E, **Cummings DAT**. Age shifts of DHF in Brazil: insight from a serological survey in Recife. 58th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Washington, DC, 2009.

*13. Benenson JD, Gibbons RV, Nisalak A, Kalayanarooj S, **Cummings DAT**. Susceptible reconstruction and serotype specific estimates of the transmissibility and seasonality of transmission of dengue viruses in Thailand. 58th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Washington, DC, 2009.

*14. Van Panhuis WG, Gibbons RV, Endy T, Burke DS, **Cummings DAT**. Assessing the accuracy of inferring the serotype of dengue virus infections based on pre- and post-infection neutralizing antibody titers. 58th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Washington, DC, 2009.

15. **Cummings DAT**, Iamsirithaworn S, Lessler JT, McDermott A, Prasanthong R, Nisalak A, Jarman RG, Burke DS, Gibbons RV. The impact of changes in human demography on cycles of dengue hemorrhagic fever incidence in Thailand.  42nd Annual Meeting of the Society for Epidemiologic Research, Anaheim, CA, 2009.

*16. Lessler J, Read JM, Riley SR, **Cummings DAT**. The use of satellite imagery in contact/travel questionnaires. 42nd Annual Meeting of the Society for Epidemiologic Research, Anaheim, CA, 2009.

*17. Lessler J, **Cummings DAT**, Read JM, Wang S, Zhu H, Smith GJD, Guan Y, Jiang CQ, Riley S. Location-specific patterns of exposure to recent pre-pandemic strains of Influenza A in Southern China. 3rd North American Congress of Epidemiology, Montreal, Canada, 2010.

18. Lessler J, Reich NG, Iamsirithaworn S, **Cummings DAT**. Predicition and imputation of spatio-temporal data: dengue surveillance in Thailand. 3rd North American Congress of Epidemiology, Montreal, Canada, 2010.

19

*19. Althouse B, Sall A, Hanley K, Diallo M, Watts D, Weaver S, **Cummings DAT**. A multi-host, multi-vector SIR model of Dengue-2 virus in Senegal. 59th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Atlanta, GA, 2010.

*20. Van Panhuis WG, Luxemburger C, Pengsaa K, Limkittkil K, Sabcharoen A, **Cummings DAT**, Lang J, Durbin AP. A longitudinal analysis of maternal dengue antibody kinetics among infants in Bangkok. 59th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Atlanta, GA, 2010.

*21. Reich NG, Shrestha S, King AA, Rohani P Gibbons RV, **Cummings DAT**. Using a discrete-time state-space model to estimate the degree of cross-protection between serotypes of dengue virus due to infection. 3rd International Conference on Infectious Disease Dynamics, Boston, MA, 2011.

*22. Lessler J, Metcalf CM, **Cummings DA**, Grenfell BT. The coverage of measles vaccinations activities in Africa. 3rd International Conference on Infectious Disease Dynamics, Boston, MA, 2011.

*23. Chadsuthi S, Althouse B, Iamsirithaworn S, Wannapong T, **Cummings DAT.** Climate, land use and travel times predict the spatial advance of cases of chikungunya during an outbreak in Southern Thailand. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

*24. Rainwater-Lovett K, Rodriguez-Barraquer I, **Cummings DAT**, Lessler J. Variation in dengue virus plaque reduction neutralization testing: systematic review and pooled analysis. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

*25. Althouse BM, Ng YY, **Cummings DAT**. Prediction of dengue incidence using search query surveillance. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

26. **Cummings DAT**, Reich NG, Burke DS, Nisalak A, Jarman R, Gibbons RV. Estimates of the degree of length of cross-protection between dengue serotypes from time series models. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

*27. Rodriguez-Barraquer I, Buathong R, Iasirithaworn S, Lessler JT, Jarman RG, **Cummings DAT**. The changing epidemiology of dengue in Thailand: insights from serological studies conducted in the same location, 30 years apart. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

*28. Buathong R, Rodriguez-Barraquer I, Iasirithaworn S, Lessler JT, Jarman RG, Gibbons RV, **Cummings DAT.** Serological survey of dengue infections among individuals in Rayong, Thailand. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

*29. Azman A, Salje J, Rodriguez-Barraquer I, Althouse BM, Endy TP, Nisalak A, Jarman R, Gibbons RV, **Cummings DAT**. Longitudinal characterization of antibody response to dengue virus in Bangkok, Thailand. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

*30. Salje H, Lessler J, Endy T, Curriero F, Gibbons RV, Nisalak A, Nimmannitya S, Jarman R, Burke DS, **Cummings DAT**. Evidence for spatially and temporally clustered transmission and immunity of dengue virus from hostpial-based surveillance. 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA 2011.

31.  Building models of school-based interventions to control influenza and other respiratory pathogens: the role of proximity detectors and contact surveys to describe the social mixing of school aged children. **Cummings DAT**, Cousins JH, Creppage K, Galloway D, Guclu H, Li K, Noble E, Brown S, Rainey J, Read J, Gao H, Uzicanin A, Vukotich CJ Sr., Zimmer SM.  Dynamics of Preparedness.  University of Pittsburgh.

32.  Seroprevalence of dengue immunity among multiple species of non-human primates in Senegal. American Society of Tropical Medicine and Hygiene.  **Cummings DAT**, Althouse BA, Cummings DAT, Guerbois M, Althouse BM, Sall AA, Diallo M, Diallo D, Diop O, Benefit B, Simons E, Watts DM, Weaver SC, Hanley KA.  *American Society of Tropical Medicine and Hygiene. 2013.*

\*33.  Potential opportunities and perils of imperfect dengue vaccines: Direct vs. indirect vaccine effects Rodriguez-Barraquer I, Mier-y-Terán-Romero L, Schwartz IB, Burke DS, **Cummings DAT**.  *Epidemics. Amsterdam, 2013.*

34. Recreating Historic Patterns of Influenza Incidence from Cross-Sectional Serologic Data. Lessler J, Riley S, Read JM, Zhu H, Jiang CQ, Guan Y, **Derek AT Cummings.**  *Epidemics.  Amsterdam, 2013.*

35. Social behavior and influenza infection.  Kucharski AJ, Kwok KO, Wei VWI, Cowling BJ, Read JM, Lessler JT, Cummings DAT, Riley S, *Epidemics.  Amsterdam, 2013.*

36. Social connectivity along a population density gradient in southern China. Read JM, Lessler J, Riley S, Wang S, Tan LJ, Kwok KO, Guan Y, Jiang CQ, **Cummings DAT**. *Epidemics. Amsterdam, 2013.*

37.  Nonlinear Programming Techniques for Efficient Estimation of Large Spatio-Temporal Infectious Disease Models.  **Cummings DAT**, Laird CD, Word D, Burke DS. *MIDAS Annual meeting*. 2014

38. Adjusting underreported real time case data for prediction of Dengue in Thailand. Sakrejda K, Reich NG, **Cummings DAT**, Suangtho P, Hinjoy S, Iamsirithaworn S, Clapham HE, Salje H. *American Society of Tropical Medicine and Hygiene.* 2014

\*39. Characterizing global and local trends in dengue transmission: insight from age-specific surveillance data. Rodriguez Barraquer I, **Cummings DAT.** *American Society of Tropical Medicine and Hygiene.* 2014

\*40. Estimating cross-enhancement and cross-protection of dengue viruses using time series data from Thailand. Clapham HE, Reich NG, Yoon IK, Jarman RG, Sakrejda K, Fernandez S, Nisalak A, Kalayanarooj S, **Cummings DAT.** *American Society of Tropical Medicine and Hygiene.* 2014

\*41. Evidence for the recent emergence of dengue in Bangladesh: results from a seroprevalence study. Salje H, Naser AM, Rahman M, Rahman MZ, Lessler J, **Cummings DAT**, Luby SP, Gurley E. *American Society of Tropical Medicine and Hygiene.* 2014

\*42. Mechanisms of traveling waves and periodic spatial synchronization of dengue hemorrhagic fever incidence in Thailand. Mier-y-Teran Luis, Grabowski K, Lessler J, Salje H, Rodriguez-Barraquer I, Burke D, Anantapreecha S, A-Nuegoonpipat A, Jarman R, Iamsirithaworn S, Bianco Si, Shaw LB, Schwartz IB, **Cummings DAT**. *American Society of Tropical Medicine and Hygiene.* 2014

43. Real-time forecasting of the 2014 dengue fever season in Thailand. Reich NG, Sakrejda K, **Cummings DAT**, Suarngtho P, Hinjoy S, Iamsiithaworn S, Clapham HE, Salje H, Lessler J. *American Society of Tropical Medicine and Hygiene.* 2014

21

*44. Variability in dengue titer estimates from plaque reduction neutralization tests poses a challenge to epidemiological studies and vaccine development. Salje H, Rodriguez-Barraquer I, Rainwater-Lovett K, Nisalak A, Thaisomboonsuk B, Thomas SJ, Fernandez S, Jarman RG, Yoon IK, **Cummings DAT.** *American Society of Tropical Medicine and Hygiene.* 2014

*45. What proportion of dengue virus infections result in no apparent disease? Clapham HE, **Cummings DAT**, Johansson MA. *American Society of Tropical Medicine and Hygiene.* 2014

46. Reconstructing transmission chains of influenza among school children using deep sequencing and multiple sources of contact information. *US NIH MIDAS Annual meeting.* Washington, DC. May. 2016.

47. Dengue cohort comparison project. American Society of Tropical Medicine and Hygiene. Atlanta, GA.Nov. 2016.

48. Correlation of Corrective Eyewear to Acute Respiratory Infection (ARI) Among Outpatient Healthcare Personnel (HCP). ID Week. New Orleans, LA. Oct. 2016.

49. Predicting county-level influenza activity using school absenteeism data in Allegheny County, PA from 2010-2015. ID Week. New Orleans, LA. Oct. 2016.

50. Influenza and Other Respiratory Viral Infections Among School Children in Pittsburgh, Pennsylvania. ID Week. New Orleans, LA. Oct. 2016.

51. Ventilator-Associated Staphylococcus aureus and Pseudomonas aeruginosa Infections Among Intensive Care Unit (ICU) Patients in Six Healthcare Systems: Temporal Trends and Risk Factors. ID Week. New Orleans, LA. Oct. 2016.

52. Acute Respiratory Infections (ARIs) Among Outpatient Healthcare Personnel (HCP). ID Week. New Orleans, LA. Oct. 2016.

53. Predicting county-level influenza activity using school absenteeism data in Allegheny County, PA from 2010-2015. International Society for Disease Surveillance. Annual Meeting. Atlanta, Dec. 2016.

54. Utility of Nontraditional Data Sources for Early Detection of Influenza. International Society for Disease Surveillance. Annual Meeting. Atlanta, Dec. 2016.


Scientific Presentations (without abstracts)

1. Time-series decomposition methods for infectious disease epidemiology. *North American Congress of Epidemiology, 2006, Seattle, WA.*

2. Spatial coherence and association of temperature, rainfall and the incidence of dengue hemorrhagic fever in Thailand. *DIMACS Workshop on Facing the Challenge of Infectious Diseases in Africa: The Role of Mathematical Modeling, 2006, Johannesburg, South Africa*

3. Modeling new vaccines for measles. *DIMACS Workshop on Facing the Challenge of Infectious Diseases in Africa: The Role of Mathematical Modeling, 2006, Johannesburg, South Africa*

4. Strategies for looking for pattern in spatio-temporal data. *DIMACS Workshop on Spatio-temporal and network models of disease spread, 2007, Edinburgh, Scotland*

5. Dengue and the demographic transition. *2nd International Conference on Dengue and Dengue Hemorrhagic Fever, 2008, Phuket, Thailand*

6. Influenza transmission in households in 1918. *Epidemics Conference on Infectious Disease Dynamics, 2008, Asilomar, CA*

7. Immune landscapes of human influenza in southern China. *Ecology and Evolution of Infectious Diseases, National Institutes of Health and National Science Foundation, 2010, Snowbird, UT*

8. Location-specific patterns of exposure to recent pre-pandemic strains of influenza A in southern China: the Fluscape project. *Ecology and Evolution of Infectious Diseases, National Institutes of Health and National Science Foundation, 2011, Madison, WI*

9. The role of modeling epidemics.  What do we learn? *Infectious Disease Society of America, 2011, Washington, DC*

10. Location-specific patterns of exposure to recent pre-pandemic strains of influenza A in southern China: the Fluscape project. *Ecohealth, 2011, Baltimore, MD*

11. Dengue Work of the VMI. *Vaccine Modeling Initiative, 2011, Princeton, NJ.*

12. Estimates of the degree and length of cross-protection between dengue serotypes from time series models. *American Society of Tropical Medicine and Hygiene, 2011, Philadelphia, PA*

13. Immunological landscapes of influenza in southern China: the Fluscape project.  *NIH MIDAS annual meeting, 2012, Boston, MA.*

14.  Estimates of the degree and length of cross-protection between dengue serotypes from time series models.  *NIMBioS Dengue Workshop, 2012, Knoxville, TN.*

15.  Interactions between serotypes of dengue highlight epidemiological impact of cross-immunity. *Dynamical Systems Applied to Biology and Natural Sciences, 2013, Lisbon, Portugal.*

16.  Models of the impact of partially effective dengue vaccines.  *Gates Foundation Mathematical Modeling Summit.  2013. Seattle, WA.*

17.  Integrated dengue control strategies.  *Gates Foundation Mathematical Modeling Summit.  2013. Seattle, WA.*

18.  Mechanistic models of transmission utilizing contact data. *Society for Epidemiologic Research. 2013*, Boston, MA.

19.  Natural History and Transmissibility of the MERS-CoV.  American Society of Microbiology. Annual Meeting.  2014. *Washington, DC.*

20.  Spatiotemporal patterns of Dengue and Chikungunya virus.  NIH RAPIDD Annual Meeting. 2014. *Bethesda, MD.*

21.  Dengue modeling consortium: Analysis of CYD23 data.  Sanofi.  2014.  *Lyon, France.*

22.  Spatiotemporal patterns of Dengue and Chikungunya virus.  MIDAS Annual meeting. 2014.  *Atlanta, GA.*

23.  Middle Eastern Respiratory Syndrome (MERS): Investigating a Novel Coronavirus. MIDAS Annual meeting. 2014.  *Atlanta, GA.*

24.  Spatial dynamics of dengue at multiple scales.  Gates Grand Challenges Meeting. 2014.  *Seattle, WA.*

25.  Transmission dynamics of dengue at multiple scales. WHO Consultation on Dengue Burden. 2014.  *Atlanta, GA.*

26.  Reporting requirements.  Specific requirements for dengue intervention models.  WHO Consultation on the impact of dengue vaccines.  2014.  *Geneva, Switzerland.*

27.  Transmission dynamics of dengue and immunization impact at multiple scales. WHO Consultation on the impact of dengue vaccines.  2014.  *Geneva, Switzerland.*

28. Characterizing Ebola Transmission and Surveillance in West Africa. Society for Epidemiologic Research. June, 2015. *Denver, CO.*

29. Immunological landscapes of influenza in China.  NIH RAPIDD Meeting on Landscape theory in infectious disease dynamics. September, 2015. *Bethesda, MD.*

30. Trends in cases of dengue in infants: insights into serotype differences in disease in naive and non-naive individuals and population transmission dynamics. Clapham HE, Nisalak A, Kalayanarooj S, Thaisomboonsuk B, Klungthong C, Fernandez S, Srikiatkhachorn A, Macareo LR, Lessler J, Cummings DAT, Yoon IK. American Society of Tropical Medicine and Hygiene. 2016. *New Orleans, LA.*

31. Treatment as prevention strategies for HCV will require massive scale up to see benefits in prevention. Luis Mier-y-Teran-Romero, Derek Cummings, David Thomas, Carl Latkin, John Wong, Greg Kirk, David Thomas, Shruti Mehta. CROI, February, 2016. *Boston, MA.*

32. Age Sharing Patterns in People who Inject Drugs in Baltimore: Implications for HCV Treatment as Prevention Strategies.  M. Kumi Smith, Matt Graham, Shruti Mehta, Luis Mier-y-Teran-Romero, Carl Latkin, Derek A.T. Cummings. Epidemics. 2016. *Clearwater, FL.*


*Invited Seminars*

1. Recurring spatial temporal traveling waves in dengue hemorrhagic fever incidence in Thailand.
*Capitol Area Dengue Research Meeting, 2004, Silver Spring, MD*

2. Modeling outbreaks for public health response.
*Emerging Respiratory Infections Conference, Delaware Health and Social Services, 2004, Dover, DE*

3. Spatial patterns of dengue hemorrhagic fever in Thailand.
*Department of Geography, University of Maryland, 2004, College Park, MD*

4. Periodic Traveling Waves in Dengue Hemorrhagic Fever Incidence in Thailand.
*Virginia Bioinformatics Institute, 2004, Blacksburg, VA*

5. Processes impacting the incidence of dengue hemorrhagic fever on multiple temporal and spatial scales.
*53rd Annual Meeting of the American Society of Tropical Medicine and Hygiene, 2004, Miami, FL*

6. Dynamic effects of antibody dependent enhancement on the fitness of dengue viruses.
*Fogarty International Center, 2005, Washington, DC*

7. Spatial synchrony of the waves of incidence of influenza in 1918.
*Influenza Modeling Workshop, Global Health Security Action Group, G8, 2005, London, UK.*

8. Can pandemic influenza be contained with antivirals?
*Global Emerging Infections Surveillance and Response System, U.S. Department of Defense, 2005, Linthicum, MD*

9. Dynamic effects of antibody dependent enhancement on the fitness of dengue viruses.
*Center for Infectious Disease Dynamics, Penn State University, 2005, State College, PA*

10. Strategies for containing an emerging influenza pandemic in Southeast Asia.
*Modeling Working Group.  Johns Hopkins Department of Biostatistics, 2005, Baltimore, MD*

11. Simulating Pandemic Influenza.
*Global Pandemic Initiative.  IBM Industry Solutions Laboratory, 2005, Hawthorne, NY*

12. Containing Pandemic Influenza.
*Pandemic Influenza Preparedness Training, Johns Hopkins Center for Preparedness, 2006, Cumberland, MD*

13. Dengue dynamics in Thailand over the last 20 years.
*Thailand Centers for Disease Control, 2006, Bangkok, Thailand*

14. Containing Pandemic Influenza.
*Infectious Disease Informatics.  Surveillance, Modeling and Response. National Center for Supercomputing Applications, 2006, Urbana-Champaign, IL*

15. Dengue viruses: periodic traveling waves and serotype cycling in Thailand.
*Five decades of discovery: A symposium to honor the contributions of Monto Ho, 2006, Pittsburgh, PA*

16. Shifts in the epidemiology of dengue in Thailand.
*University of Pittsburgh. Department of Epidemiology, 2007, Pittsburgh, PA*

17. Dengue and the demographic transition.
*NIH Fogarty Center, 2008, Bethesda, MD*

18. Open questions in dengue research.
*Penn State University: Research and Policy for Infectious Diseases Dynamics, 2008, University Park, PA*

19. Shifts in the age of dengue hemorrhagic fever cases in Thailand.
*CDC Branch, 2008, Puerto Rico*

20. Models of the impact of dengue vaccines: a review of current research and potential approaches.
*WHO Scientific Consultation of Dengue Vaccines, 2008, Belem, Brazil*

21. Swine H1N1 influenza A: transmissibility, natural history and the potential impact of non-pharmaceutical interventions.
*Johns Hopkins University, 2009, Baltimore, MD*

22. Recent findings of transmission dynamics of dengue.
*WHO Dengue Reference Group, 2009, Havana, Cuba*

23. Dynamics and natural history of H1N1 influenza.
*Grand Rounds, Welch Center, Johns Hopkins University, 2010, Baltimore, MD*

24. The impact of spatial heterogeneity in the transmission of dengue on the synchrony of incidence.
*University of Michigan MAC-EPID Annual Seminar, Ann Arbor, MI  2010.*

25. Spatial variation in the transmission of dengue in Thailand: the role of demography and density.
*Harvard School of Public Health, 2010, Boston, MA*

26. Dengue Virus: Global trends, cycles and waves.
*University of Michigan, 2010, Ann Arbor, MI*

27. Spatial heterogeneity in the transmission of dengue at multiple spatial scales.
*National Center for Medical Intelligence, 2011, Frederick, MD*

28. Modeling approaches in long-term safety assessment of live attenuated dengue vaccines. Technical consultation on long term safety assessment of live attenuated dengue vaccines.
*WHO, 2011, Geneva*

29. Immune landscapes of human influenza in southern China: The Fluscape Project.
*Harbin School of Public Health, 2011, Harbin, China*

30. Modeling approaches in long-term safety assessment of live attenuated dengue vaccines.  Technical Consultation on a Framework for Dengue Vaccine Safety Assessment.
*WHO, 2011, Geneva*

31. Dengue modeling work at Johns Hopkins and the Vaccine Modeling Initiative.
*Secretaría de Salud (Ministry of Health), 2011, México*

32. Spatial heterogeneity of influenza immunity and infection: the effect of population density and effective neighborhood size.  *University of Massachusetts Amherst, 2012, Amherst, MA*

33.  Models of the impact of partially effective dengue vaccines.  *2013.  Sanofi Pasteur. Lyon, France.*

34.  Spatial heterogeneity of influenza immunity and infection: the Fluscape study.  *Ecology and Evolution of Infectious Disease Meeting.  2013. State College, PA.*

35.  Techniques and Opportunities in Infectious Disease Modeling.  *Center for AIDS Research Seminar. Johns Hopkins Bloomberg School of Public Health.  2013.  Baltimore, MD.*

36.  The Fluscape study.  Guangzhou Centers for Disease Control.  *2013. Guangzhou, China.*

37.  Social Mixing and Respiratory Transmission in Schools Study.  *US Centers for Disease Control. 2013.  Atlanta, GA.*

38.  Middle Eastern Respiratory Syndrome (MERS): Investigating a Novel Coronavirus.  Johns Hopkins Health Advisory Board. 2013.  *Baltimore, MD.*

39.  Social Mixing and Respiratory Transmission in Schools.  US Centers for Disease Control.  2013. *Atlanta, GA.*

40.  Opportunities and challenges to treatment as prevention approaches for Hepatitis C virus control. Johns Hopkins University Center for AIDS Research. 2014. *Baltimore, MD.*

41.  Review of Dengue Models.  White House Office of Science and Technology Policy meeting on Integrating Prediction and Forecasting Models for Decision-making: Dengue Epidemic Prediction.  2014. *Washington, DC.*

42.  Potential opportunities and peril of imperfect dengue vaccines.  Johns Hopkins Medical School. 2014.  *Baltimore, MD.*

43.  Ventilator Associated Pneumonia among ICU patients: S. aureus and Pseudomonas spp. Medimmune. 2014.  *Gaithersburg, MD.*

44.  Assessing local transmission of Ebola virus in Liberia.  Imperial College. 2014. *London, UK.*

45.  Spatial dynamics of dengue and vaccine models.  Royal Society.  2014. *London, UK.*

46. Spatial scales of influenza immunity: Results from the Fluscape project.  RAPIDD Group.  2015. *Washington, DC.*

47.  Prediction of dengue incidence in Thailand.  Disease Forecasting Group. White House.  2015. *Washington, DC.*

48.  Temporal variation in dengue case numbers and relation to climate and using age to map hazards of infection.  WHO Dengue Global Burden Meeting. 2015. *Geneva, Switzerland.*

49. Immunological landscapes of influenza in China.  NIH RAPIDD Meeting on Landscape theory in infectious disease dynamics. September, 2015. *Bethesda, MD.*

50. Hospital acquired infections among ICU and individuals undergoing Surgery in 6 Hospital systems: S. aureus and Pseudomonas spp. Derek Cummings, Rebecca Pierce, Eili Klein, and Trish Perl. Medimmune. October, 2015. *Rockville, MD.*

51. Temporal variation in dengue case numbers and relation to climate and using age to map hazards of infection.  World Health Organization. Dec. 2015. *Geneva, Switzerland*.

52. Potential opportunities and perils of dengue vaccines. EpiCentre. June 2016. *Paris, France.*

53. Estimation of transmission processes using data augmentation. Institut Pasteur. Seminar. June 2016. *Paris, France.*

27

54. Interactions of dengue viruses at multiple spatial and temporal scales. Harvard School of Public Health.  February, 2016. *Cambridge, MA.*

55. An engineer's experience in epidemiology. Plenary Speaker. Johns Hopkins Bloomberg School of Public Health Department of Environmental Health and Engineering Inaugural Research Retreat. Jan. 2017. *Baltimore, MD.*

56. Comparative modelling of dengue vaccine impact and Global estimates of the dengue transmissibility and seropositivity. WHO Immunization and vaccines related implementation research-Advisory Committee meeting. 2017. *Annecy, France.*

57. Spatial dynamics of dengue transmission. University of Florida Emerging Pathogens Institute External Advisory Committee Meeting. 2017. *Gainesville, FL.*

58. Characterizing the genetic and antigenic diversity of dengue at multiple spatial and temporal scales. University of Florida Veterinary Medicine Seminar. 2017. *Gainesville, FL.*

CURRICULUM VITAE

DEREK A. T. CUMMINGS

PART II

**TEACHING**

*Advisees*

*Current Advisees*

Post-doctoral

| | | |
|---|---|---|
| Leah Katzelnick | Biology/joint with UC Berkeley | 2016-present |
| Rebecca Borchering | Biology | 2017-present |
| Bingyi Yang | Biology | 2017-present |
| Alex Kirpich | Biology | 2017-present |
| Bernardo Garcia-Carreras | Biology | 2017-present |
| Diana Rojas-Alvarez | Biology/joint with UF Biostats | 2017-present |

PhD

| | | |
|---|---|---|
| Angkana Huang | Biology | 2017-present |
| Diana Rojas-Araya | Entomology | 2017-present |

Undergraduate (undergraduates doing research with me)

| | | |
|---|---|---|
| Carlos Moreno | Applied Physiology and Kinesiology | 2015-present |
| Silvio Martinez-Daniel | Biomedical Engineering | 2017-present |
| Francesca Maurici | Biology | 2016-2017 |
| Chastity Perry | Biology | 2017 |

*Past Advisees*

Post-doctoral

Hannah Clapham                                                        2013-2016
Current Position: Mathematical Epidemiologist
Oxford University Clinical Research Unit

Henrik Salje                                                           2014-2016
Current Position: Faculty, Institut Pasteur

Luis Mier-y-Teran-Romero                                              2010-2014
Current Position: US CDC Staff Scientist

Isabel Rodriguez-Barraquer                                           2012-2014
Current Position: Assistant Professor, University of California San Francisco

Kaitlin Rainwater-Lovett                                             2012-2013
Current Position: Research Associate, Johns Hopkins School of Medicine

Nicholas Reich                                              2010-2011
Current Position: Associate Professor, University of Massachusetts, Biostatistics

Justin Lessler                                              2008-2011
Current position: Associate Professor, Johns Hopkins Bloomberg School of Public Health

Carl Laird                                                 2007-2008
Current Position: Associate Professor, Texas A&M University, Department of Chemical Engineering


<u>PhD</u>
Stephanie Cinkovich          Biology                       2015-2018
Thesis title:
The role of host composition and asymptomatic infection on the transmission dynamics of zoonotic
diseases

Jacob Ball                   Epidemiology                  2015-2018
(co with Xinguang Chen)
Thesis title:
Epidemiological models of infectious diseases for clinical and public health decision support

Talia Quandelacy             Epidemiology                  2013-2017
Thesis title:
Characterizing micro-scale transmission dynamics of
influenza

Henrik Salje                 Epidemiology                  2009-2014
Thesis title:
Insights into the microscale spatial dynamics of dengue and chikungunya in Southeast Asia

Andrew Azman                 Epidemiology                  2009-2014
(co with Justin Lessler)
Thesis title: Heterogeneities in Cholera Transmission

Ben Althouse                 Epidemiology                  2009-2013
Thesis title: Mechanistic Modeling of Sylvatic Arboviruses in Senegal

Su-Hsun Liu                  Epidemiology                  2008-2012
Thesis title: Detectable Human Papillomavirus DNA: Prevalent vs. Incident Infection

Isabel Rodriguez-Barraquer   Epidemiology                  2007-2012
Thesis title: The Shifting Epidemiology Of Dengue: Insight From Serological Surveys

Justin Lessler               Epidemiology                  2004-2008
Thesis title: Detection and characterization of respiratory pathogens in institutions

<u>Masters</u>

Jordan Johnson               MS in Epidemiology            2013-2015
Thesis title: Co-infections with multiple respiratory viruses in children in 9 Pittsburgh area schools in the

winter of 2012-2013

Jacob Carey                        MS in Epidemiology               2014-2016
Quantifying proximal contacts between school children during school, outside of school and during
school closures

Yanjie Huang                       MS in Epidemiology               2013-2014
Thesis title: Quantifying Human Mobility Using The Longest Disease Traveled

Rome Buathong                      MS in Tropical Medicine          2010-2014
Royal Tropical Institute, Amsterdam, Netherlands
Thesis title: Risk and protective factors for primary and secondary dengue infections among school-aged
children in Meuang district, Rayong province, Thailand

Madhura Rane                       MS in Epidemiology               2012-2013
Socioeconomic determinants of mortality and disease transmission at census tract level during the 1918
H1N1 Influenza pandemic in Chicago

Katrina Mott                       MS in Epidemiology               2010-2012
The Effect Of Age And Syndrome On Serotype Prevalence In Invasive Pneumococcal Disease: A Sub-
Analysis Of The Pneumococcal Global Serotype Project

Paul Maurizio      MS in Molecular Microbiology and Immunology      2009-2011
Thesis Title: Detection And Vertical Transmission Of Culex Flavivirus In Culex Quinquefasciatus
(Diptera: Culicidae) Mosquitoes From Zambia, Africa

Ben Althouse                       MS in Biostatistics              2009-2010
Thesis Title: A Multi-Host Multi-Vector SIR Model of Dengue Fever in Senegal

Ripa Chakravorty                   MS in Epidemiology               2009-2010
Thesis Title: Modeling the incubation period of Escherichia coli

Jon Benenson                       MS in Biostatistics              2008-2010
Thesis Title: Susceptible reconstruction and serotype specific estimates of seasonality of  transmission of
dengue viruses in Thailand using a Time-Series-Susceptible-Infected-Recovered  model

Jodi Udd                           MPH                              2009-2010

Eileen Obe                         MPH                              2009-2010

Yih Yng Ng                         MPH                              2008-2009
Thesis title: Prediction of Influenza-Like Illness trends in Singapore using Internet search data

Hannah Lee                         MPH                              2008-2009

Katherine Lin                      MHS in Epidemiology              2007-2008
Thesis Title: A Method to Geocode Rural Addresses and Post Office Boxes: Application to a Study of
Drinking Water Nitrate Exposure and Cancer Incidence

Duza Baba,                         MHS in International Health      2006

| | | |
|---|---|---|
| Heidi Hallman | MHS in International Health | 2006 |
| Kristin Kelling | MHS in International Health | 2005 |
| Alex Ruan | Undergraduate in Public Health | 2012 |

*Preliminary Oral Participation (*alternate)*
*Departmental*
Name          Date

| | | |
|---|---|---|
| Talia Quandelacy | PhD | 2015 |
| Rebecca Pierce* | PhD | 2014 |
| Andrew Azman | PhD | 2012 |
| Henrik Salje | PhD | 2011 |
| Isabel Rodriguez-Barraquer | PhD | 2011 |
| Benjamin Althouse | PhD | 2010 |
| Su-Hsun Liu | PhD | 2009 |
| Amanda Latimore | PhD | 2007 |
| Bridget Ambrose | PhD | 2006 |

*Schoolwide*

| | | | |
|---|---|---|---|
| Sheldon Waugh | PhD | Epidemiology | 2017 |
| Punam Amratia | PhD | Forest Resources and Conservation | 2017 |
| Stephanie Cinkovich | PhD | Biology | 2017 |
| Jacob Ball | PhD | Epidemiology | 2016 |
| Talia Quandelacy | PhD | Epidemiology | 2015 |
| Mariam Fofana | PhD | Epidemiology | 2014 |
| Holly Schuh | PhD | International Health | 2014 |
| Kristen Little | PhD | Epidemiology | 2014 |
| Huitong Qui | PhD | Biostatistics | 2014 |
| Mufaro Kanyangarara | PhD | International Health | 2014 |
| Ian Craig | PhD | International Health | 2013 |
| Jessica Atwell | PhD | International Health | 2013 |
| Ricardo Castillo | PhD | Epidemiology | 2012 |
| Andrew Azman | PhD | Epidemiology | 2012 |
| Benjamin Althouse | PhD | Epidemiology | 2012 |
| Genevieve Wojcik | PhD | Epidemiology | 2011 |
| Michelle Mergier* | PhD | International Health | 2011 |
| Alison Turnbull* | PhD | Epidemiology | 2011 |
| Emily Gurley | PhD | Epidemiology | 2011 |
| Henrik Salje | PhD | Epidemiology | 2011 |
| Su-Hsun Liu | PhD | Epidemiology | 2011 |
| Amanda Latimore | PhD | Epidemiology | 2010 |
| James Stark | PhD | Epidemiology, University of Pittsburgh | 2010 |
| Isabel Rodriguez-Barraquer | PhD | Epidemiology | 2010 |
| Nikolas Wada* | PhD | Epidemiology | 2010 |
| Adrienne Shapiro | PhD | Epidemiology | 2009 |
| Bridget Ambrose | PhD | Epidemiology | 2008 |
| Willem van Panhuis | PhD | International Health | 2008 |

| Nicholas Reich | PhD | Biostatistics | 2008 |
| Kathryn Anderson | PhD | Epidemiology, Emory University | 2008 |
| Tassanee Silawan | PhD | Epidemiology, Mahidol University | 2007 |

*Final Oral Participation*

| Henrik Salje | PhD | Epidemiology | 2014 |
| Andrew Azman | PhD | Epidemiology | 2014 |
| Kara Randolph* | PhD | Epidemiology | 2014 |
| Ben Althouse | PhD | Epidemiology | 2013 |
| Hannah Clapham | PhD | Infectious Disease Epidemiology | 2013 |
| | | Imperial College | |
| Melinda Munos* | PhD | International Health | 2012 |
| Alison Liu | PhD | Epidemiology | 2012 |
| Isabel Rodriguez-Barraquer | PhD | Epidemiology | 2012 |
| Kaitlin Rainwater Lovett | PhD | Epidemiology | 2012 |
| Johns Ayers* | PhD | Health, Behavior and Society | 2011 |
| Kathryn Anderson | PhD | Epidemiology, Emory University | 2010 |
| James Stark | PhD | Epidemiology, University of Pittsburgh | 2010 |
| Nicholas Reich | PhD | Biostatistics | 2010 |
| Emily Henkle* | PhD | Epidemiology | 2010 |
| Willem van Panhuis | PhD | International Health | 2009 |
| Justin Lessler | PhD | Epidemiology | 2008 |
| Michael Johansson | PhD | Molecular Microbiology & Immunology | 2008 |
| Christina Schumaker | PhD | Epidemiology | 2008 |
| David Dowdy | PhD | Epidemiology | 2008 |
| Tassanee Silawan | PhD | Epidemiology, Mahidol University | 2008 |

*Thesis Committee Participation*

| Mark Kartzinel (UF) | The impact of the larval environment on post-emergence fitness of aedes aegypti |
| Punam Amratia (UF) | Fine-scale mapping of malaria in Ghana: use of Bayesian models |
| Jacob Ball (UF) | The ecology and epidemiology of respiratory diseases in high-risk populations |
| Stephanie Cinkovich (UF) | The Role of Host Composition and Asymptomatic Infection on the Transmission Dynamics of Zoonotic Diseases |
| Andrew Azman (JHU) | Heterogeneities in Cholera Transmission |
| Mary Grabowski (JHU) | Patterns and predictors of the epidemiological and evolutionary dynamics of HIV-1 infection in Rakai, Uganda |
| Ben Althouse (JHU) | Studies of Sylvatic Dengue in Senegal |
| Henrik Salje (JHU) | Combining surveillance data with genetic analysis in the characterization of spatiotemporal clustering of dengue cases in Bangkok |
| Isabel Rodriguez-Barraquer | Towards a better estimation of the force of infection and basic reproductive number of dengue virus |
| Su-Hsun Liu (JHU) | Mathematical modeling to inform likelihood of second peak HPV prevalence in older women |
| Kaitlin Lovett (JHU) | The Impact of Immune Reconstitution and Revaccination on Measles Immunity in HIV-infected Zambian Children initiating Antiretroviral Therapy |

| Genevieve Wojcik (JHU) | A Genome-Wide Association Study of Oral Polio Vaccine Failure in Infants from Bangladesh (MAL-ED Study):Gene-, and Pathway-Level Analyses |
| Emily Gurley (JHU) | Exposure to Indoor Air Pollution and Pneumonia in Dhaka, Bangladesh |
| Justin Lessler (JHU) | The Detection and Characterization of Respiratory Virus Transmission in Institutions |
| Willem van Panhuis (JHU) | Dynamics of Dengue Antibodies :  Transplacental Transfer, Decline after Birth and the Serotype Specific Response to Infection among Infants and Children in Thailand |
| Christina Schumacher (JHU) | Identifying, Chracterizing and Predicting the Role of Core Groups in Syphilis Epidemics |
| Nicholas Reich  (JHU) | Statistical Methods for Incomplete Data from Infectious Disease Outbreaks |
| Michael Johansson (JHU) | The Influence of Climate on Dengue Transmission in Puerto Rico |
| David Dowdy (JHU) | Impact and Cost-Effectiveness of Improved Diagnostics for Tuberculosis in Developing Countries |

*Classroom Instruction*

2017
Principal Instructor (and course developer)
Department of Biology
University of Florida
Outbreaks
Enrollment: 25
I developed a course called "Outbreaks" ZOO4926 which is an undergraduate course that teaches quantitative concepts in characterizing epidemics and dynamics of emerging infectious diseases in multiple hosts including humans, animals and plants. Development included creation of lectures, 5 labs (in class quantitative assignments), final projects and final exam.


2009-2015
Principal Instructor (and course developer) (with Dr. William Moss and Dr. Justin Lessler)
Department of Epidemiology
Bloomberg School of Public Health
Johns Hopkins University
Concepts and Methods in Infectious Disease Epidemiology
Enrollment: 10, 35, 35, 35, 32, 27

2007-2008, 2009-2015
Principal Instructor (and course developer)
Department of Epidemiology
Bloomberg School of Public Health
Johns Hopkins University
Infectious Disease Dynamics: Theoretical and Computational Approaches
Enrollment: 18, 25, 20, 30, 20, 22, 24, 20

2014
Principal Instructor (with Dr. Kenrad Nelson, Dr. Shruti Mehta, and Dr. Isabel Rodriguez-Barraquer)
Department of Epidemiology
Bloomberg School of Public Health

Johns Hopkins University
Epidemiology of Infectious Diseases
Enrollment: 42

2011
Guest Lecturer "Modeling and prediction of DHF", "Models of dengue transmission and dengue vaccines"
PAHO/Instituto Pedro Kouri Dengue Institute
Havana, Cuba
Enrollment: 210

2010
Principal Instructor (and course developer)
Infectious Disease Dynamics: Theoretical and Computational Approaches
Johns Hopkins Bloomberg School of Public Health Fall Institute
Barcelona, Spain
Enrollment: 20

2007-2013
Instructor
Department of Epidemiology
Bloomberg School of Public Health
Johns Hopkins University
Epidemiologic Methods 3
Enrollment: 220 on average in class total each year, 60 in lab section each year.

2007-2013
Faculty Advisor
Department of Epidemiology
Bloomberg School of Public Health
Johns Hopkins University
Modeling of Spatial and Temporal Disease Epidemiology Forum-Student Group

2005-2006
Principal Instructor (and course developer)
Department of International Health
Bloomberg School of Public Health
Johns Hopkins University
Infectious Disease Dynamics: Theoretical and Computational Approaches
Enrollment: 19, 15

2005-2013 (12 separate lectures)
Guest Lecturer "Introduction to mathematical modeling of infectious diseases", "Influenza"
Department of Epidemiology
Bloomberg School of Public Health
Johns Hopkins University
Infectious Disease Epidemiology

2012-2014 (5 separate lectures)
Guest Lecturer "MERS Coronavirus", "Dengue", "SARS Coronavirus"

Department of Epidemiology
Bloomberg School of Public Health
Johns Hopkins University
Emerging Infectious Disease

2008-2010
Guest Lecturer "Host demographics and infectious disease dynamics"
Department of Molecular Microbiology and Immunology
Bloomberg School of Public Health
Johns Hopkins University
Ecology of Infectious Disease

2007-2008
Co-organizer
Departments of Epidemiology and Biostatistics
Bloomberg School of Public Health
Johns Hopkins University
Epi/Biostats Working Group on Infectious Disease

2014, 2015
Guest Lecturer "Infectious Disease Epidemiology"
Global Institute of Public Health
New York University

2006-2008
Guest Lecturer
University of Pittsburgh Graduate School of Public Health
Department of Epidemiology
Infectious Disease Epidemiology

2012
Guest Lecturer "A Practical Short Course in Infectious Disease Modeling"
Harvard University/Mahidol University
Bangkok

2006-2014
Guest Lecturer "Models of infectious disease dynamics"
United States Uniformed Services University
Bethesda, MD
Infectious Disease Epidemiology

2006-2011
Instructor
Field Epidemiology Training Program
Thailand Ministry of Public Health
Bangkok, Thailand
Infectious Disease Dynamics

2003-2004
Guest Lecturer

Department of Earth and Planetary Sciences
Zanvyl Krieger School of Arts and Sciences
Johns Hopkins University
Climate Change and Global Health

2001
Tutorial Instructor
GEOMED 2001
Université Pierre et Marie Curie, Paris
Time-Series Analysis, Pre-conference Tutorial

1996
Teaching Assistant
Inorganic Chemistry, Brown University

**RESEARCH GRANT PARTICIPATION**

*Active Support*
Linking antigenic and genetic variation of dengue to individual and population risk
02/01/15-1/31/2020, NIH R01 Total award: $3,800,000
Principal Investigator: Derek Cummings
Primary Goal:          Characterize the genetic and antigenic variability of dengue viruses circulating
                       over the last twenty years using a large repository of viral samples and build
                       population models of ecological interactions between dengue viruses and its
                       impact on human health.

Southeast Regional Center of Excellence in Vector-Borne Diseases: the Gateway Program.
12/31/2016-12/30/2021, US Centers for Disease Control Total award: $9,999,628.
Principal Investigator: co-PI's Derek Cummings, Greg Glass, John Beier (University of Miami), Tom
                       Unnasch (University of South Florida), Rhoel Dinglasan, Program Director.
Primary Goal:          Conduct research to enhance our understanding of the transmission dynamics of
                       arthropod-borne disease transmission in order to effectively respond to detect and
                       control outbreaks.

Monitoring cause-specific school absences to estimate influenza transmission in Western PA
09/01/13-08/31/16, CDC U01 Total award: $1,500,000
Principal Investigator:   Derek Cummings
Primary Goal:          To refine surveillance in communities for influenza and other respiratory disease
                       incidence using cause-specific absenteeism in school-children in western
                       Pennsylvania.
Role:                  Principal Investigator

Methods for Reducing Spatial Uncertainty and Bias in Disease Surveillance
02/01/2013-01/31/2018, NIH R01 NIAID Total award to UF subcontract: $226,469
Principal Investigator:   Justin Lessler
The goal of this research is to develop methods that can improve forecasting and current estimates of the
incidence of dengue and other infectious diseases.  The project uses multiple approaches including
mechanistic models and models that traverse multiple temporal and spatial scales to produce estimates of
incidence.
Role:                  Investigator

37

Influenza Immunity and Survival in Aging Populations
09/01/15-08/31/2017, US NIH R56 Total award to UF subcontract: $26,395
Principal Investigator: Justin Lessler, Derek Cummings (local PI)
Primary Goal:                This study aims to understand how and why this increase in antibody titers
occurs, and what role survival effects, patterns of infection and the biology of the immune response over
multiple infections play in its development.
Role:                        Investigator

University of Pittsburgh MIDAS Center of Excellence: Data and Statistical Inference Project
07/01/14-08/31/19, NIH U01 Total award to UF subcontract: $217,409
Principal Investigators: Derek Cummings (local PI), Donald Burke (overall PI)
Primary Goal:                Computational modeling for science and policy is driven by availability of data
                             to estimate model parameters.  Insights for disease transmission dynamics are
                             derived from statistical inference using these models. This project will capitalize
                             on new opportunities provided by large scale genetic and epidemiological data
                             created during MIDAS-II to study infectious disease transmission dynamics at
                             the micro- and macro level using innovative statistical approaches and parameter
                             estimation methods.
Role:                        Investigator

Modeling interactions between HIV interventions in key populations in India
7/1/2015-6/30/2017, US NIH R21 Total award: $448,573
Principal Investigators: Derek Cummings
Primary Goal:                The proposed study will use a novel modeling approach to help to disentangle
                             multiple dynamic effects of combination interventions in order to inform future
                             large-scale implementation of such combination interventions.

*Completed Support*
Staphylococcus aureus and Pseudomonas Hospital Acquired Infections
01/01/13-12/31/16, MedImmune
Principal Investigator:   Derek Cummings (co) with Trish Perl
Funding Level:            0.6 months
Primary Goal:             Identify risk factors for hospital acquired infections of staphylococcus aureus and
                          pseudomonas in 7 hospital centers and assist in trial design for new intervention
                          products.
Role:                     Principal Investigator

From Ebola Response to Sustainable Public Health Systems in Liberia
7/1/2015-6/30/2016, US CDC
Principal Investigator: David Peters, Derek Cummings (co-PI's)
Funding Level:            2.4 calendar months
Primary Goal:             The goal of this project is to support the Ministry of Health of Liberia in building
                          an integrated disease surveillance system to conduct surveillance for a number of
                          infectious diseases as well as build general capacity to analyze infectious disease
                          surveillance data.
Role:                     co-Principal Investigator

Inference for interacting pathogens with mechanistic and phenomenological models

09/01/14-08/31/16, NIH
Principal Investigators: Derek Cummings (local PI), Nick Reich (overall PI)
Funding Level:          1.56 calendar months
Primary Goal:           Develop inference framework to estimate interactions of multiple pathogens that
                        co-circulate and induce immune responses that might create competitive and/or
                        enhancing relationships.
Role:                   Investigator


Modeling of infectious disease; A study of repeat influenza vaccination, and how population based
immunity impacts the genetic makeup of dengue viruses.
04/01/14-9/30/2016, WRAIR
Principal Investigator:  Derek Cummings
Funding Level:          0.12 calendar months
Primary Goal:           Two part project to determine the impact of successive influenza vaccine on
                        immunity and risk and 2) dengue population immunity and how this shapes the
                        dengue viral evolution.
Role:                   Principal Investigator

09/01/10-08/31/15, CDC/VA
Principal Investigators: Trish Perl, Lew Radonovich (co-PI's)
Funding Level:          1.2 calendar months
Primary Goal:           The goal of this research is to compare the efficacy of surgical masks to N95
                        respirators in protecting health care workers from respiratory viruses including
                        influenza.
Role:                   Investigator

Analytic Support for the Ebola Outbreaks and Strengthening Primary Health Care in West Africa and
Democratic Republic of Congo
10/15/14-01/31/15, Unicef
Principal Investigators: David Peters (PI)
Funding Level:          0.12 calendar months
Primary Goal:           The goal of this project is to conduct analyses and simulations to support
                        UNICEF's response to the Ebola virus outbreak in West Africa.
Role:                   Investigator

VMI II: Application of Computational Models to Guide and Evaluate Global
07/01/13-06/30/15, University of Pittsburgh, Bill and Melinda Gates Foundation
Principal Investigator:  Derek Cummings
Funding Level:          0.60 calendar months
Primary Goal:           To use theoretical models to evaluate multiple vaccination strategies and vaccine
                        candidates to control dengue and other vector-borne diseases
Role:                   Principal Investigator


Quantifying Contact Rates and Mixing Patterns in School Aged Children
08/31/11 - 08/30/14, CDC
Principal Investigator:  Derek Cummings (co) with Shanta Zimmer
Funding Level:          1.2 calendar months
Primary Goal:           The goal of this work is to use multiple methods to quantify the contacts that
                        school children make that could potentially transmit influenza including survey,

proximity detectors and GPS devices in order to evaluate each of these methods. We will also link measures of social contact to the risk of acquisition of influenza.

Role:                        co-Principal Investigator


Immune Landscapes of Human Influenza in Households, Towns and Cities in Southern China
10/01/08-8/31/14, NIH

Principal Investigator:   Derek Cummings
Funding Level:            1.8 calendar months
Primary Goal:             The goal of this work is to characterize immunological profiles to human influenza in space and time among individuals living in Guangzhou province, China, and to build computational models that capture the transmission dynamics that could create the specific distributions observed.
Role:                        Principal Investigator


Career Award at the Scientific Interface
07/01/07 - 07/31/15, Burroughs Wellcome

Principal Investigator:   Derek Cummings
Funding Level:            0.12 calendar months
Primary Goal:             To study natural and vaccine-induced immunity and spatial-temporal dynamics of epidemic dengue
Role:                        Principal Investigator


Using Viral Sequences to Characterize the Micro-scale Dispersal Dynamics of Dengue in Bangkok
2/1/2012-12/31/2014, Johns Hopkins Center for Global Health

Principal Investigator:   Derek Cummings
Funding level:            $50,000 research funds (0 months)
Primary Goal:             Describe the micro-scale transmission of dengue in an urban environment using genetic and geographic information on the occurrence of cases.
Role:                        Principal Investigator


Computational Models of Infectious Disease Threats Center for Excellence
04/01/09 – 04/01/14, NIH-NIGMS

Principal Investigator:   Don Burke
Funding Level:            3.0 calendar months
Primary Goal:             Integrate the most advanced and powerful techniques of epidemiological data analysis with those of computer simulation to produce a unified computational epidemiology.
Role:                        Investigator


Vaccine Modeling Initiative
04/1/08-04/31/13, Bill and Melinda Gates Foundation

Principal Investigator:   Don Burke
Funding Level:            1.0 calendar months
Primary Goal:             Evaluation of candidate vaccine technologies using computational models.
Role:                        Investigator


Temporal and Spatial Dynamics of Sylvatic Arbovirus Transmission and Emergence

10/1/08-09/31/13, NIH
Principal Investigator:    Scott Weaver
Funding Level:             1.8 calendar months
Primary Goal:              The goal of this project is to study the dynamics of transmission of dengue and chikungunya virus among non-human primate species in Senegal and determine which species support transmission of these viruses endemically and which ones appear to be only spillover species.
Role:                      Investigator

Multi-Scale Modeling of Infectious Diseases in Fluctuating Environments
09/01/09 – 08/31/13, NIH
Principal Investigator:    Derek Cummings, Lora Billings (co)
Funding Level:             0.6 calendar months
Primary Goal:              The objective of this proposal is to develop new mathematical models of infectious disease transmission that effectively, capture the impact of stochasticity on dynamics and lead to more effective control. The group will study the dynamics of disease spread in fluctuating environments modeled at various population scales.
Role:                      Co-Principal Investigator

Preparedness and Catastrophic Event Response (PACER)
06/01/09 – 05/31/12, US department of Homeland Security
Principal Investigator:    Gabe Kelen
Funding Level:             0.12 calendar months
Primary Goal:              PACER is a consortium of research institutions studying how the nation can best prepare for and respond to potential large-scale incidents and disasters.  My work on this project is on model development for pandemic influenza models particularly, methods for parameter estimation for individual based simulations.
Role:                      Investigator

Immune Reconstitution of HIV-1 Infected Zambian Children Initiating Antiretroviral Therapy 03/01/07 – 02/28/12, NIH
Principal Investigator:    William Moss
Funding Level:             0.6 calendar months
Primary Goal:              This project will study measles and measles vaccination in HIV-1-infected children in Lusaka, Zambia to characterize measles virus-specific immune reconstitution and immunologic memory in Zambian children initiating ART.
Role:                      Investigator

Planning for Avian Influenza Outbreaks and Potential Pandemics
9/14/05 – 3/31/10, NIH-Fogarty International Center
Principal Investigator:    Don Burke
Funding Level:             0.6 calendar months
Primary Goal:              Develop capacity among epidemiologists at the Thai Ministry of Public   Health to utilize new theoretical and computational tools in concert with traditional epidemiologic approaches to address issues surrounding avian influenza and potential influenza pandemics.
Role:                      Investigator

Computational Models of Infectious Disease Threats

04/01/04 – 04/01/09, NIH-NIGMS
Principal Investigator:   Don Burke
Funding Level:            4.2 calendar months
Primary Goal:             Integrate the most advanced and powerful techniques of epidemiological  data
                          analysis with those of computer simulation to produce a unified   computational
                          epidemiology.
Role:                     Program Coordinator and Investigator

Pittsburgh Influenza Prevention Program
10/01/06 - 09/31/08, CDC
Principal Investigator:   Don Burke
Funding Level:            0.6 calendar months
Primary Goal:             Study the transmission dynamics of influenza in Pittsburgh elementary
                          schools and conduct trials of non-pharmaceutical interventions targeting
                          influenza transmission.
Role:                     Investigator

Harmonic Decomposition and Compartmental Models in the Analysis of Epidemiologic and Climatic
Data: An Analysis of Dengue in Southeast Asia
07/01/04 - 06/31/07, NOAA
Principal Investigator:   Don Burke
Funding Level:            2.4 calendar months
Primary Goal:             Apply methods developed under previous funding cycle to data from
                          Southeast Asia on dengue hemorrhagic fever.
Role:                     Investigator

Ethical Issues in Influenza Pandemic Preparedness and Response
04/01/06 - 10/01/06, Rockefeller Foundation
Principal Investigators:  Ruth Faden and Ruth Karron (co-PI's)
Funding Level:            0.12 calendar months
Primary Goal:             Identify current and potential responses to the threat of pandemic
                          influenza that profoundly affect the world's disadvantaged and to
                          undertake concrete action to prevent or at least to mitigate those responses
                          that are the most unjust.  Simulate the impact of pandemic mitigation
                          responses in resource poor settings.
Role:                     Investigator

Computational Modeling of Vaccination Strategies against Smallpox
08/01/02 - 07/31/04, Alfred P. Sloan Foundation
Principal Investigator:   Joshua Epstein
Funding Level:            2.4 calendar months
Primary Goal:             Develop computer simulations of the introduction and spread of a bio-
                          terrorist agent such as smallpox in human populations, and evaluate
                          possible response strategies.
Role:                     Investigator

Research to Guide Allocation of Public Resources in the Event of an Intentional Introduction of Smallpox
12/01/02 – 05/31/04, FIC / NIH / DHHS
Principal Investigator:   Don Burke
Funding Level:            2.4 calendar months
Primary Goal:             Develop, evaluate, and utilize computational models of smallpox

introduction into the USA, and of public health strategies to contain smallpox epidemics.

Role:                            Investigator

Harmonic Deconstruction in the Analysis of Epidemiologic and Climatic Data.
08/01/02 – 07/31/03, NOAA

Principal Investigator:   Don Burke
Funding Level:           2.4 calendar months
Primary Goal:            Develop and evaluate new computational methods for correlating dengue epidemiologic data and weather data, such as wavelet transforms and Empiric Mode Decomposition.
Role:                    Investigator

## ACADEMIC SERVICE

*Department of Biology*

| | |
|---|---|
| Advisory Committee | 2015-present |
| Strategic Planning Committee | 2016-present |

*Department of Epidemiology*

| | |
|---|---|
| Lead, Department of Epidemiology Self-study | 2013-present |
| Chair of Faculty Executive Committee | 2013-present |
| Faculty Executive Committee | 2012-present |
| Infectious Disease Journal Club, Faculty Coordinator | 2009-2012 |
| Admissions and Credentialing Committee, Member | 2009-2012 |

*Department of International Health*

| | |
|---|---|
| Steering Committee, Member | 2005-2006 |

*School-wide*

| | |
|---|---|
| Technology Transfer Committee, Member | 2010-2015 |

## ADDITIONAL INFORMATION

*Personal statement of research and research objectives*

I am interested in developing effective strategies for the control infectious diseases. My approach in doing this is to develop temporally or spatially targeted administration of vaccines or other interventions to produce the largest reduction in morbidity and mortality. I utilize a mix of field study and theoretical models of infectious disease in order to understand the transmission dynamics of dengue, influenza, measles, hepatitis C and chikungunya and to estimate the impact of specific interventions.

*Keywords*

Infectious disease, dynamics, influenza, dengue, measles, hepatitis C, ebola, social dynamics, vaccine-preventable, mathematical models, ecology