# **EXHIBIT 9**

## DECLARATION OF ANSUMANA JAMMEH

I, Ansumana Jammeh, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am at least 18 years of age and am competent to sign this declaration. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am 43 years old and a citizen of Gambia. I have been detained at Irwin County Detention Center since March 18, 2019.

3. I received a removal order in June 2019. My BIA appeal is currently pending. I have only ever been convicted once, for forgery, in 2014. I only had to serve probation and was never sent to prison.

4. When I first entered ICE detention, I was diagnosed with diabetes. I was prescribed insulin. I must take insulin pills once per day every morning and have my blood sugar tested twice a day, which typically happens at four in the morning and at four in the afternoon. Due to my diabetic condition, I was put on a special diabetic diet, but this is not being offered to me at Irwin.

5. I have severe hemorrhoids that have rapidly developed while in ICE detention. As a result, I had to have a surgery this past March 19, 2020 to stop the constant bleeding I was suffering from. I only received prescription pain

medication (Percocet) for four days following the surgery, despite the fact that I remain in extreme pain to this day. They are now only giving me 200mg Ibuprofen pills which do not help manage my pain. In addition, even though I was prescribed antibiotics after the surgery, I have not yet received them, putting me at a high risk of contracting an infection in my wound.

6. To treat my hemorrhoids, I am also required to take prescribed stool softener medication. I currently take this medication three times per day, but it is not helping much. I have asked the medical staff to prescribe me another medication to soften my stool but they have ignored my requests. I was told by my doctor that once I heal properly from my first surgery, he will likely have to perform a second surgery to treat other hemorrhoids.

7. Around December 2019, I was taken to the emergency room due to intense pain in my abdomen. It took me several hours of begging ICE, telling them that my pain was severe and serious, before they finally made the call to transport me to the hospital. An MRI was performed and showed that I had inflammation in my intestine.

8. When discharged from this hospital, the doctor who examined me prescribed four medications to treat my condition. But when I arrived back at Irwin and I requested the medications, Irwin medical staff said that most medications were not approved by ICE, and therefore, they would only be providing me

with the medication that treated the inflammation. I am not aware of any attempt by ICE or Irwin staff to find substitute medications to treat me. In addition, the doctor ordered that I do a follow up visit with him one or two weeks later, but ICE never made the arrangements.

9. I am concerned that the medical staff at Irwin are not well-trained to protect detainees from getting infected with coronavirus. A few days ago when I was at the cafeteria, I saw medical staff approach a detainee who was working in the cafeteria serving food with gloves on and needed to have his blood sugar level checked (I think the detainee is diabetic). The detainee removed his glove so medical staff could pinch his finger. Then I observed the medical staff giving him the same glove he had just removed, which now had a blood stain, to put back on. The detainee proceeded to continue serving food.

10. I am currently living with approximately 32 other detainees in my dorm unit. We all sleep in bunk beds in separate cells. I share my assigned cell with another detainee, and we are less than 3 feet apart from each other in our bunk bed. Our cell includes a shower, sink, and toilet for sharing. However, both our cell and the dorm unit are small, and we are not able to exercise social distancing from each other.

11. Irwin staff provide all detainees in my unit with personal hygiene products once per week. We are given basic products, including soap, toilet paper, body

3

lotion, and toothpaste. However, these products do not last long enough for an entire week, and we must rely on buying supplemental hygiene products at the commissary with money that our family members or friends send us, if we have any.

12. Recently, guards did install a hand soap dispenser in the dorm unit so we could wash our hands more often. However, everyone physically has to touch the dispenser to get the soap so very few detainees have been using it for fear of getting sick with coronavirus.

13. Our cafeteria meals are currently served on Styrofoam boxes that are distributed by guards and sometimes detainees. I have noticed that not everyone passing out these boxes wears gloves or other protective gear.

14. Each detainee here must personally clean their own cell. A cart containing some chemical disinfectant products and brushes is passed every day from one cell to the other for cleaning. I am very concerned that we all use these same products and cleaning tools one after the other and we also use these tools to clean things like the microwave that we all share. We have not been trained on hygiene measures in order to limit the spread of infectious disease while completing these cleaning tasks.

15. After my recent hemorrhoid's surgery, I had to remain in bed for the first few days. Due to my immobility, I had no ability to clean my cell unit properly

and was very concerned with getting a bacterial infection. I asked for help from guards as I was afraid my surgery wound would re-open, but the guards said that I had to do it on my own. Since I couldn't do it, my room was very dirty for several days until I was strong enough to clean it.

16. Two detainees clean the dorm unit common areas once per day every day. I am concerned that Irwin is not taking the necessary precautions to disinfect the dorm units during this critical time. In recent days, they have begun spraying our dorms daily with Lysol but nothing else.

17. I have not observed any Irwin staff or ICE officials wearing any personal protective equipment such as masks or gloves to prevent the spread of any virus.

18. Irwin continues to accept new detainees. On Monday March 30, 2020, I personally saw about five new detainees arrive and who were placed in the adjacent dorm.

19. I believe Irwin medical staff is forgetful and unresponsive regarding detainees' medical treatment. They are constantly forgetting to bring me my diabetes pills, and they waited several days before agreeing to examine me when I was complaining of bleeding resulting from my hemorrhoids. I was personally told by a guard that medical staff would only take me to the hospital if they see me dying.

20. I have personally observed the negligent medical treatment given by Irwin to other detainees. A man in my dorm has a heart condition and has been recommended for heart surgery, but ICE won't approve his surgery. There are others in my unit with high blood pressure, and someone else has severe skin allergies and has itchy open wounds. The medical staff consistently ignores their pleas for medical care.

21. I have also noticed that we don't have the same amount of guards that we had in previous weeks. They are now recruiting very young guards who seem clueless as to what they are doing.

22. If I am released from detention, I will comply with any applicable conditions of release including attending check-ins and immigration court hearings.

23. Upon release, I will remain in the Atlanta area with a close friend who has offered her home to me, and I will self-quarantine in accordance with the government's recommendations. I also have two cousins who live in Marietta, Georgia who are willing to take me in as well.

24. I have authorized my attorney to sign on my behalf given the difficulty of arranging visitation and travel in light of the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1st, 2020 at Lake Worth Beach, Florida.

*Victoria Mesa-Estrada*

_____

Victoria Mesa-Estrada, Esq.

on behalf of Ansumana Jammeh

## ATTORNEY DECLARATION

I, Victoria Mesa-Estrada, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Victoria Mesa-Estrada. I am a licensed attorney in good standing in the state of Florida. I am an attorney of record in this litigation.

2. I represent the declarant, Ansumanna Jammeh. Out of necessity in light of the COVID-19 pandemic, I signed Ansummana Jammeh's declaration on his behalf and with his express consent.

3. ICE is oftentimes requiring legal visitors to provide and wear personal protective equipment, including disposable vinyl gloves, surgical masks, and eye protection while visiting any detention facility. These supplies are not easily accessible, given the increase in demand. Any available supplies are prioritized for hospitals and other medical facilities that are experiencing dangerous shortages.

4. There are documented cases of COVID-19 in all fifty U.S. states and most inhabited U.S. territories. The Centers for Disease Control and Protection (CDC) has issued statements warning that individuals are at a higher risk of infection when traveling. In addition, I am a resident of Palm Beach County, Florida and unable to travel to Georgia under a state "stay-at-home" order issued by the Governor of Florida Ron DeSantis on April 1st, 2020.

5. In light of the above, to protect public health, I am not able to travel to the Irwin County Detention Center in Ocilla, Georgia, to obtain my client's signature.

6. I spoke with Ansummana Jammeh via phone call, read the declaration to him, and confirmed the accuracy of the information therein. Ansummana Jammeh has confirmed the accuracy of the information therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1st, 2020 at Lake Worth Beach, Florida.

*Victoria Mesa-Estrada*

_____

Victoria Mesa-Estrada, Esq.

Attorney for Plaintiffs

Southern Poverty Law Center

T. 786.216.9168

victoria.mesa@splcenter.org