# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH LLOYD THOMPSON, *et al.*, | |
| Petitioners/Plaintiffs, | |
| v. | Case No.: |
| JOHN TSOUKARIS, *et al.*, | **HEARING REQUESTED** |
| Respondents/Defendants. | |

## [PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Petition for Habeas Corpus dated April 3, 2020, and the memorandum of law and exhibits submitted in support thereof, it is hereby ORDERED that Plaintiffs' Motion for a Temporary Restraining Order, dated April 3, 2020, is GRANTED.

It is further ORDERED that Respondents-Defendants are ordered to immediately release Petitioners-Plaintiffs from custody.

IT IS THEREFORE ORDERED that Petitioners-Plaintiffs be released from detention subject to any applicable conditions of release.

Dated: _____

_____
Honorable _____
United States District Judge

1